IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 12 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

|  |  |
|---|---|
| ANGIE WALISKI, PH.D., | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| ERIC SHINSEKI, SECRETARY | ) |
| OF VETERANS AFFAIRS, | ) |
| | ) |
| DEFENDANT | ) |

CASE NO.: 4:14cv0293-DPM

This case assigned to District Judge _Marshall_
and to Magistrate Judge _Kearney_

PETITION FOR EXTRAORDINARY RELIEF BY WAY OF

A WRIT OF MANDUMUS

Comes now the Plaintiff, Angie Waliski, by counsel and for her petition for

extraordinary relief by way of a Writ of Mandamus, states unto the Court as

follows:

1. Plaintiff is a resident of Pulaski County, Arkansas. The events

complained of herein occurred in Pulaski County, Arkansas. Defendant is the

Secretary of Veterans Affairs in his representative capacity, conducting and

operating the VA Medical Center of Central Arkansas in the Eastern District of Arkansas.

2.   This Court has original jurisdiction of an action sounding in the nature of a petition seeking a "Writ of Mandamus," in order to compel an officer/employee of the United States, in this case Defendant, to perform a mandatory, non-discretionary duty specifically owed to your Plaintiff, pursuant to 28 U.S.C. 1361.

3.   Plaintiff is an employee of the Defendant and at all times relevant was Employed at the Central Arkansas Veterans Hospital as a GS13, Research Assistant.

4.   Plaintiff, over the course of several years, has made repeated requests to have herself, as an employee of Defendant, to be placed within the Federal Employee Retirement System (FERS) and with the Thrift Savings Plan (TSP). Attached hereto are various correspondences and documentation showing Plaintiff's efforts to establish her position in this employment capacity (Exhibit A).

5.   Defendant's agents, servants, and employees at the Central Arkansas VA Medical Center have conceded that, in fact, Plaintiff does meet the requirements for placement in the TSP and FERS programs, as evidenced by the attached document marked herein and made a part hereto, as Exhibit B.

6.   In spite of the fact Plaintiff meets all of the requirements for

participation in the TSP and the FERS programs, Defendant continues to "carry her" employment status in a non FERS, non TSP capacity, as evidenced by the attached Exhibit C.

7.   Plaintiff is clearly and indisputably entitled to be placed in the FERS/TSP retirement system as evidenced by Defendant's own admission. Therefore Defendants' agents and servants refusal to place Plaintiff in the FERS/TSP retirement system, when she has an indisputable right to be so enrolled, constitutes a ministerial and non–discretionary failure to perform a duty owed to the Plaintiff and, therefore Plaintiff seeks this relief from the Court by way of this application for this unit.

8.   Plaintiff has further sought a determination by the Defendant as to the amount of retroactive pay she is entitled to; Defendant has conceded Plaintiff is entitled to such retroactive pay, however the Defendant has failed and refused to determine such amount so owed to Plaintiff and then paid to Plaintiff.

9.   Plaintiff is entitled, undisputedly, to this writ as she has no other remedy or other relief available whatsoever.

10. Plaintiff concedes an application for a Writ of Mandamus is a drastic remedy, to only be used in extraordinary situations and she must establish a clear and indisputable entitlement to such, as well as show a lack of any alternative to

obtaining this requested relief.  Plaintiff has sought, repeatedly, through administrative channels, such alternative relief and has not been successful in doing so, especially since it is undisputed she is entitled to the relief sought, but the Defendant's agents and servants will not place her in the FERS/TSP systems.

11. Plaintiff, Angie Waliski, therefore, requests this Court grant her petition for a Writ of Mandamus and it issue such writ, directing your Defendant, through his agents, servants, and employees, to accomplish and undertake the following actions, viz:

a. Find Plaintiff, by Defendant's own admission, to be entitled to this extraordinary relief request and to be placed within the Federal Employees Retirement and Thrift Saving Plan systems, effective to April, 2012 when she changed from a "fellow status" to a full VA employee status;

b. Plaintiff be given all credits to her FERS and TSP system accounts for her retirement benefits with OPM ("Office of Personnel Management");

c. ~~Defendant be directed to compute the~~ exact ~~amount Plaintiff is entitled to~~ in retroactive funds due her because of her change in employment status from April, 2012;

d. Plaintiff be awarded attorney's fees pursuant to 28 U.S.C. 2412 as the

position of the Defendant in his refusing/failure to place Plaintiff in the

FERS/TSP systems, even though admitting she is entitled to such, was

not substantially justified.

WHEREFORE, Plaintiff Angie Waliski, prays this court grant her this

petition for extraordinary relief by way of a Writ of Mandamus and for attorney's

fees and all other relief she may be shown to be entitled to.

Respectfully Submitted,

James W. Stanley, Jr.
Arkansas Bar No. 75124
917 West Markham, Suite A
Little Rock, AR  72201
(501) 324-2889 FAX (501) 324-2820

*Exhibit A*

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Owen, Richard R |
| **Sent:** | Monday, March 18, 2013 3:38 PM |
| **To:** | Waliski, Angie D. |
| **Cc:** | Kirchner, JoAnn; Hudson, Teresa J. |
| **Subject:** | FW: Problems with pay and benefits for an employee |
| | |
| **Importance:** | High |

Angie,

I left you off the e-mail in case that will make any difference in how they respond , because I don't know what this new HR Chief is like, but this is my first "shot across the bow." I want to give him a chance, but I won't hesitate to bring this to the attention of his superiors.

Have a good trip and meeting – good luck!

Rick

---

**From:** Owen, Richard R
**Sent:** Monday, March 18, 2013 4:35 PM
**To:** Nelson, Richard C.; Pettit, Stephen G
**Cc:** Hudson, Teresa J.; Kirchner, JoAnn; Suarez, Rafael A
**Subject:** Problems with pay and benefits for an employee
**Importance:** High

Mr. Nelson and Mr. Pettit,

HSR&D Service has an employee who has been the victim of multiple mistakes in her job status, pay, and benefits (as Mr. Pettit knows). It has taken unduly long to correct the situation, and it seems that we cannot even tell the employee how much she is owed. This is ridiculous and completely unacceptable, and I am embarrassed that CAVHS cannot fix this situation.

I will try to summarize the main issues as I understand them:
1) Angie Waliski, PhD, was originally hired as a post-doctoral fellow in 2009. There was some kind of error in her coding. She was allowed to enroll in the Thrift Savings Plan, and contribute to FERS, neither of which she was eligible for at the time.
2) In October 2011, Dr. Waliski was notified by Troy Gilliam that she was not eligible for TSP. After that, partial reimbursement was provided.
3) Since then, she has asked repeatedly for the remaining reimbursement for the erroneous contributions. As I understand it, HR has conducted two separate audits, and each time a different total was reached. According to an e-mail from Anita Hughes on 5/29/12, the coding was corrected in early 2012; a pay audit was conducted in February 2012; but discrepancies in Dr. Waliski's pay continued.
4) In May 2012, Ms. Hughes calculated that Dr. Waliski was owed $1,147.85, but Dr. Waliski's calculations indicated a much higher figure - $7,000 or $12,000, but Dr. Waliski could not access TSP records to see how much she had contributed. At that time, Ms. Hughes sent an e-mail to "VA HRIS PAID Contacts" asking for a complete review of the employee's records.
5) Dr. Waliski accepted an appointment as a Research Health Scientist in mid-2012. For some reason, she has not been able to make TSP contributions since that time.
6) I know that Dr. Waliski met with Steve Pettit in January. According to Dr. Waliski, she was told that Mr. Pettit would "delete the codes of my employment history and recode the corrected information from the beginning to

**Walis┊ Angie D.**

| | |
|---|---|
| **From:** | Owen, Richard R |
| **Sent:** | Monday, March 18, 2013 12:38 PM |
| **To:** | Waliski, Angie D.; Hudson, Teresa J. |
| **Cc:** | Kirchner, JoAnn |
| **Subject:** | RE: Our plan to fix the pay problem |

Angie,

From what I can tell, there are at least three problems here – as I mentioned to you, I want to make sure I have all the information correctly:

1) When you were hired as a fellow, you were allowed to make contributions to TSP when you actually weren't eligible; you would like these funds to be returned to you. You think they may be $7,000 or $12,000, but you have no access to the TSP account to check.
2) When you were hired as a regular VA employee last year, you were not allowed to contribute to TSP, even though you should have been eligible to contribute.
3) (I don't understand the potential overpayment issue – if they recode you as they said they would, it might result in you being overpaid – is that all there is to it? Maybe I shouldn't list that as a problem. Also, if they recode you, it apparently then allow you to contribute to TSP?)

Rick

---

**From:** Waliski, Angie D.
**Sent:** Monday, March 18, 2013 11:31 AM
**To:** Hudson, Teresa J.; Owen, Richard R
**Cc:** Kirchner, JoAnn
**Subject:** FW: Our plan to fix the pay problem

Here are the emails ya'll wanted. Please let me know if I should move forward with someone to represent me or wait until the 60 days is up then retain representation.

Thanks, Angie

---

**From:** Hudson, Teresa J.
**Sent:** Monday, January 28, 2013 11:30 AM
**To:** Waliski, Angie D.
**Subject:** RE: Our plan to fix the pay problem

OK. I don't know how to help you but if it seems like there is something we can do I'll get Rick to do it. I don't have the fire power to make a difference.
tjh

Teresa Hudson, PharmD
501-257-1716
Teresa.hudson@va.gov

---

**From:** Waliski, Angie D.
**Sent:** Monday, January 28, 2013 11:29 AM
**To:** Hudson, Teresa J.
**Subject:** RE: Our plan to fix the pay problem

**.Waliski, Angie D.**

| | |
|---|---|
| **From:** | Suarez, Rafael A |
| **Sent:** | Wednesday, January 23, 2013 3:17 PM |
| **To:** | Waliski, Angie D. |
| **Subject:** | RE: Incorrect Pay |

Heather,
I believe you were going to check her coding. It sounds as if she is still coded wrong.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, January 23, 2013 3:13 PM
**To:** Waliski, Angie D.; Vaught, Heather M.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R;
Ward, Kristin A.
**Cc:** Pettit, Stephen G
**Subject:** RE: Incorrect Pay

One more thing Heather, I have been a FT employee over 9 months. I would like to be in TSP but every time I have tried
to go to MyPay and do that it says that I am not eligible. Can we get that fixed as well? I spoke to Ralph Suarez about this
in December and he called to check on it but when I go in there is still no change. If I am supposed to do something
please let me know.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, January 23, 2013 2:59 PM
**To:** Vaught, Heather M.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R; Ward, Kristin A.
**Cc:** Pettit, Stephen G
**Subject:** RE: Incorrect Pay

Heather,

Since you are having to begin this process all over again. Here are some of the problems that I have discovered along the
way that you can look for.

1. I was hired as a 2nd year fellow in Sept 2009 at $43,039, in Sept 2010 I was supposed to have been coded as a 3rd
   year fellow making $45,664 but this didn't happen. In Sept 2011 I was supposed to be making 46, 806 but this
   did not occur until Nov.

2. In addition I was paying $155 each pay period to TSP which I was later told I was not eligible and no one has said
   anything again about that money. I did at one point get a statement from TSP stating it was there but have not
   longer got statements. The one document I did get said it was worth $12,000 in December of 2011.I have no
   reason to believe it is not there but – "what does that mean if I was not eligible". What do I get back and when
   or do I continue on now that I am a FT employee.

3. I paid into FEGLI and FERS from 2009 to Nov or Dec 2012 which I was told I was not eligible.

I did receive some cash back but no one has showed me how it adds up to what I put in. And, it was always just another
amount surprisingly in my check with no explanation of what it was for. Like I said, I have documentation and every
time it has been reviewed by someone in payroll or HR I am told that I am owed money but the amount is never the
same and nothing has ever happened about it.

Thank you for looking into it. Angie

1

**Waliski, Angie D.**

| | |
|---|---|
| From: | Waliski, Angie D. |
| Sent: | Wednesday, January 23, 2013 3:13 PM |
| To: | Waliski, Angie D.; Vaught, Heather M.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R; Ward, Kristin A. |
| Cc: | Pettit, Stephen G |
| Subject: | RE: Incorrect Pay |

One more thing Heather, I have been a FT employee over 9 months. I would like to be in TSP but every time I have tried to go to MyPay and do that it says that I am not eligible. Can we get that fixed as well? I spoke to Ralph Suarez about this in December and he called to check on it but when I go in there is still no change. If I am supposed to do something please let me know.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, January 23, 2013 2:59 PM
**To:** Vaught, Heather M.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R; Ward, Kristin A.
**Cc:** Pettit, Stephen G
**Subject:** RE: Incorrect Pay

Heather,

Since you are having to begin this process all over again. Here are some of the problems that I have discovered along the way that you can look for.

1. I was hired as a 2nd year fellow in Sept 2009 at $43,039, in Sept 2010 I was supposed to have been coded as a 3rd year fellow making $45,664 but this didn't happen. In Sept 2011 I was supposed to be making 46, 806 but this did not occur until Nov.

2. In addition I was paying $155 each pay period to TSP which I was later told I was not eligible and no one has said anything again about that money. I did at one point get a statement from TSP stating it was there but have not longer got statements. The one document I did get said it was worth $12,000 in December of 2011.I have no reason to believe it is not there but – "what does that mean if I was not eligible". What do I get back and when or do I continue on now that I am a FT employee.

3. I paid into FEGLI and FERS from 2009 to Nov or Dec 2012 which I was told I was not eligible.

I did receive some cash back but no one has showed me how it adds up to what I put in. And, it was always just another amount surprisingly in my check with no explanation of what it was for.  Like I said, I have documentation and every time it has been reviewed by someone in payroll or HR I am told that I am owed money but the amount is never the same and nothing has ever happened about it.

Thank you for looking into it. Angie

---

**From:** Vaught, Heather M.
**Sent:** Wednesday, January 23, 2013 10:27 AM
**To:** Waliski, Angie D.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R
**Cc:** Pettit, Stephen G
**Subject:** RE: Incorrect Pay

I will ask for another pay audit.  I can't understand the spreadsheet that was provided.  Please be patient with me, since I am trying to recreate history here.  The only person that is still here from that time is Steve.

1

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Waliski, Angie D. |
| **Sent:** | Wednesday, January 23, 2013 3:01 PM |
| **To:** | Waliski, Angie D. |
| **Subject:** | FW: Incorrect Pay |

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, January 23, 2013 2:59 PM
**To:** Vaught, Heather M.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R; Ward, Kristin A.
**Cc:** Pettit, Stephen G
**Subject:** RE: Incorrect Pay

Heather,

Since you are having to begin this process all over again. Here are some of the problems that I have discovered along the way that you can look for.

1. I was hired as a 2nd year fellow in Sept 2009 at $43,039, in Sept 2010 I was supposed to have been coded as a 3rd year fellow making $45,664 but this didn't happen. In Sept 2011 I was supposed to be making 46, 806 but this did not occur until Nov.

2. In addition I was paying $155 each pay period to TSP which I was later told I was not eligible and no one has said anything again about that money. I did at one point get a statement from TSP stating it was there but have not longer got statements. The one document I did get said it was worth $12,000 in December of 2011.I have no reason to believe it is not there but – "what does that mean if I was not eligible". What do I get back and when or do I continue on now that I am a FT employee.

3. I paid into FEGLI and FERS from 2009 to Nov or Dec 2012 which I was told I was not eligible.

I did receive some cash back but no one has showed me how it adds up to what I put in. And, it was always just another amount surprisingly in my check with no explanation of what it was for.  Like I said, I have documentation and every time it has been reviewed by someone in payroll or HR I am told that I am owed money but the amount is never the same and nothing has ever happened about it.

Thank you for looking into it. Angie

---

**From:** Vaught, Heather M.
**Sent:** Wednesday, January 23, 2013 10:27 AM
**To:** Waliski, Angie D.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R
**Cc:** Pettit, Stephen G
**Subject:** RE: Incorrect Pay

I will ask for another pay audit.  I can't understand the spreadsheet that was provided.  Please be patient with me, since I am trying to recreate history here.  The only person that is still here from that time is Steve.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, January 23, 2013 10:23 AM
**To:** Vaught, Heather M.; Suarez, Rafael A; Hudson, Teresa J.; Ward, Kristin A.; Owen, Richard R

1

**Cc:** Waliski, Angie D.
**Subject:** RE: Incorrect Pay

Yes, I went over the problem with Steve Petit, who said it was fixed, then when I figured out it wasn't and could never get Steve to answer my emails for months, I was told to speak to Caroline Roberts in Payroll who identified that it was a coding issue and that I was owed money. She said it would be fixed but that at HR would have to do an audit to determine how much I was owed. The audit came back and said I was not owed money but the information on the audit spreadsheet I was given did not match my Pay stubs (possibly because the new codes were fixed). I sent about 50 or pages of emails and documentation to prove the mistake to Anita Hughes. Anita identified a discrepancy and said it needed a more intense review. Then once again 6 months have passed with no responses to any of my emails until now.

As I see it I have no other recourse accept to contact an attorney because I have been going around in circles for going on two years. Please, I would rather that not be the case but what other option do I have?

**From:** Vaught, Heather M.
**Sent:** Tuesday, January 22, 2013 3:01 PM
**To:** Suarez, Rafael A; Hudson, Teresa J.; Waliski, Angie D.
**Subject:** RE: Incorrect Pay

Dr. Waliski,

I will need you to speak to Payroll about this spreadsheet. I can't make any pay adjustments, but they can.

Have you spoken to them before about this?

Heather

---

**From:** Suarez, Rafael A
**Sent:** Tuesday, January 22, 2013 2:52 PM
**To:** Vaught, Heather M.; Hudson, Teresa J.; Waliski, Angie D.; Logan, Judy A; Owen, Richard R
**Cc:** Ward, Kristin A.; Reed, Charley J.; Gilliam, Troy F.
**Subject:** RE: Incorrect Pay

I sent the spreadsheet on 12/18/12 at 10:55 a.m. that showed how much Dr. Walski paid in her TSP and how much was refunded. I will forward it again.

---

**From:** Vaught, Heather M.
**Sent:** Tuesday, January 22, 2013 2:36 PM
**To:** Vaught, Heather M.; Hudson, Teresa J.; Waliski, Angie D.; Suarez, Rafael A; Logan, Judy A; Owen, Richard R
**Cc:** Ward, Kristin A.; Reed, Charley J.; Gilliam, Troy F.
**Subject:** RE: Incorrect Pay

Please disregard most of the below message. I just found out that Fellows do not get TSP and FERS.

Dr. Waliski, please still provide the documentation that you received that made you aware that you were not reimbursed the entire amount.

Heather

---

**From:** Vaught, Heather M.
**Sent:** Tuesday, January 22, 2013 2:16 PM
**To:** Hudson, Teresa J.; Waliski, Angie D.; Suarez, Rafael A; Logan, Judy A; Owen, Richard R

**From:** Hudson, Teresa J.
**Sent:** Thursday, January 03, 2013 10:11 AM
**To:** Waliski, Angie D.; Suarez, Rafael A; Logan, Judy A; Vaught, Heather M.
**Subject:** RE: Incorrect Pay

What is the status of this?

Teresa Hudson, PharmD
501-257-1716
Teresa.hudson@va.gov

**From:** Waliski, Angie D.
**Sent:** Wednesday, January 02, 2013 12:17 PM
**To:** Suarez, Rafael A; Logan, Judy A; Vaught, Heather M.
**Cc:** Hudson, Teresa J.
**Subject:** RE: Incorrect Pay

I just wanted to check back in to see if anyone knows anything further about this. Angie

**From:** Suarez, Rafael A
**Sent:** Tuesday, December 18, 2012 4:55 PM
**To:** Logan, Judy A; Vaught, Heather M.
**Cc:** Waliski, Angie D.; Hudson, Teresa J.
**Subject:** FW: Incorrect Pay
**Importance:** High

Judy and Heather,
Dr. Waliski has had a pay discrepancy since the beginning of FY12. The last action recommended to correct the problem was in May by Anita Hughes, but nothing was done. Angie needs help to correct her pay problem. Can you help fix it, or does she need to contact someone else? She is getting frustrated and doesn't know who the right person is to resolve this issue. Thanks.

**From:** Waliski, Angie D.
**Sent:** Tuesday, December 18, 2012 10:45 AM
**To:** Suarez, Rafael A
**Subject:** FW: Incorrect Pay

**From:** Hughes, Anita F
**Sent:** Tuesday, May 29, 2012 3:40 PM
**To:** VA HRIS-PAID Contacts
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Waliski, Angie D.; Ward, Kristin A.
**Subject:** FW: Incorrect Pay

**From:** Hughes, Anita F
**Sent:** Tuesday, May 29, 2012 3:36 PM
**To:** 'vhaiswsharepointadmins@va.gov'

**From:** Waliski, Angie D.
**Sent:** Monday, August 27, 2012 11:51 AM
**To:** Ward, Kristin A.
**Cc:** 'Waliski, Angie D'
**Subject:** TSP and Change of Address

Kristin,

I wanted to update you on the issues I continue to have with my TSP account. I again contacted TSP and they confirmed that I do have an account and that as of today it still has $7,841.96 in it.

My problem is that I can still not get into the account because although I have tried to change my mailing address with Human Resources several time it has not been changed. I have tried to change it in My Pay several months ago and also did this personally with Steve Pettit last December but it has changed with TSP. So – every time I try and get an new password for TSP mailed to me it is sent to my old address and I never receive it.

Please work with HR and make sure my address is:
503 South Longfield Avenue
Sherwood, AR. 72120

Angie Waliski, PHD, LPC, NCC
Research Scientist
Central Arkansas Veterans Healthcare System
Health Services Research and Development
2200 Fort Roots Drive, Building 58
North Little Rock, AR 72114
adwaliski@uams.edu
501.257.1728

(501) 257-1719

**From:** VA HRIS-PAID Contacts
**Sent:** Friday, June 15, 2012 7:04 AM
**To:** Waliski, Angie D.; Hughes, Anita F; VA HRIS-PAID Contacts
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R
**Subject:** RE: Incorrect Pay

Dr. Waliski, I am going to direct your email to your local HR office.  They will be able to assist you.
HRIS is in Central Office, Washington, DC and we work directly with HR offices.

HR Office: Please assist Dr. Waliski.

Thanks.
Nicole Manthos
Human Resources Specialist
Human Resources Information Service (HRIS)
Phone: 202-461-7942
Fax:      202-273-9776

*"This e-mail and any attachments are intended only for the use of the addressee(s) named herein and
may contain privileged and/or confidential information. If you are not the intended recipient of this e-
mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any
attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me
via return e-mail and via telephone at (202) 461-7942 and permanently delete the original and any
copy of any e-mail and any printout thereof."*

---

**From:** Waliski, Angie D.
**Sent:** Thursday, June 14, 2012 4:40 PM
**To:** Hughes, Anita F; VA HRIS-PAID Contacts
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R; Waliski, Angie D.
**Subject:** RE: Incorrect Pay

I have not received a response to the letter from Anita dated May 29th identifying the pay that I feel is owed due to a TSP. ONCE AGAIN- I was directed to someone for help, was given new sum of the discrepancies in the account balance, and once again it was identified -never resolved - and ultimately dropped.

Please – someone tell me what is being done about now.

---

**From:** Hughes, Anita F
**Sent:** Tuesday, May 29, 2012 3:40 PM
**To:** VA HRIS-PAID Contacts
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Waliski, Angie D.; Ward, Kristin A.
**Subject:** FW: Incorrect Pay

**.Waliski, Angie D.**

| | |
|---|---|
| **From:** | Waliski, Angie D. |
| **. Sent:** | Thursday, June 14, 2012 3:40 PM |
| **To:** | Hughes, Anita F; VA HRIS-PAID Contacts |
| **Cc:** | Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R; Waliski, Angie D. |
| **Subject:** | RE: Incorrect Pay |

I have not received a response to the letter from Anita dated May 29th identifying the pay that I feel is owed due to a TSP. ONCE AGAIN- I was directed to someone for help, was given new sum of the discrepancies in the account balance, and once again it was identified -never resolved - and ultimately dropped.

Please – someone tell me what is being done about now.

**From:** Hughes, Anita F
**Sent:** Tuesday, May 29, 2012 3:40 PM
**To:** VA HRIS-PAID Contacts
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Waliski, Angie D.; Ward, Kristin A.
**Subject:** FW: Incorrect Pay

**From:** Hughes, Anita F
**Sent:** Tuesday, May 29, 2012 3:36 PM
**To:** 'vhaiswsharepointadmins@va.gov'
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Waliski, Angie D.; Ward, Kristin A.
**Subject:** Incorrect Pay

Dr. Angie Waliski's pay has been incorrect since 2009 due to incorrect coding. The coding was corrected this winter; however, there are still discrepancies in her pay. We requested a pay audit in February and received the attached spreadsheet in May. There still appear to be discrepancies. Dr. Waliski was never eligible for FERS or TSP. According to my calculations, Dr. Waliski is still owed $1,147.85. Dr. Waliski believes the amount is higher. Therefore, I am requesting a complete review of her records to determine the correct amount owed to Dr. Waliski.

Tomorrow is my last day of work at CAVHS so I have included Steve Pettit, Janice Herrin, and Kathy Girndt on the message. Please contact them if you have questions or need further help. I appreciate anything you can do to resolve this issue for Dr. Waliski. Thanks.

*Anita Hughes*
Supervisory Human Resources Specialist
Central Arkansas Veterans Healthcare System
2200 Ft. Roots Drive
North Little Rock, AR 72114 ·
501-257-1775

**How was your HR service today?** Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Gilliam, Troy F. |
| **Sent:** | Tuesday, August 28, 2012 11:32 AM |
| **To:** | Waliski, Angie D. |
| **Subject:** | RE: TSP and Change of Address |

Call the myPay rep....

Troy F. Gilliam
HR Specialist, CAVHS
Internal Routing: 05C
Phone: (501) 257-1618
Fax: (501) 257-1774

---

**From:** Waliski, Angie D.
**Sent:** Tuesday, August 28, 2012 11:29 AM
**To:** Gilliam, Troy F.; Ward, Kristin A.
**Subject:** RE: TSP and Change of Address

I have done this and when I pull it up, it is correct in MyPay. Now what?

---

**From:** Gilliam, Troy F.
**Sent:** Tuesday, August 28, 2012 11:18 AM
**To:** Ward, Kristin A.
**Cc:** Waliski, Angie D.
**Subject:** RE: TSP and Change of Address

For change of address – employees have to change their address with HR/Processing and Coding and also they must go into myPay and change their address there:  https://mypay.dfas.mil/mypay.aspx

If you have any issues with access to myPay then call 1-888-332-7366 select OPTION -3.  The representative should be able to provide over-the-phone assistance.

Troy F. Gilliam
HR Specialist, CAVHS
Internal Routing: 05C
Phone: (501) 257-1618
Fax: (501) 257-1774

---

**From:** Ward, Kristin A.
**Sent:** Monday, August 27, 2012 4:20 PM
**To:** Gilliam, Troy F.
**Cc:** Waliski, Angie D.
**Subject:** RE: TSP and Change of Address

TSP is still telling Angie the address is not listed correctly.  Would it be in payroll or some other department?

**From:** Gilliam, Troy F.
**Sent:** Monday, August 27, 2012 1:30 PM
**To:** Ward, Kristin A.
**Cc:** Waliski, Angie D.
**Subject:** FW: TSP and Change of Address

Kristin,

This is the address that we have on-file for Dr. Waliski.

```
WALISKI,ANGELA D                    HSR&D                         DUTY STATION: 598
                                                                  T&L: 240
----------------------------------------------------------------------------------
LAST PP: 16                     PERSONAL INFORMATION                        PAGE 1
----------------------------------------------------------------------------------
SEX                                    2    FEMALE
CITIZENSHIP                            1    U.S. CITIZEN
RESIDENCE ADDRESS LINE 1         503 S LONGFIELD AVE
RESIDENCE ADDRESS LINE 2         SHERWOOD        AR
RESIDENCE ADDRESS ZIP CODE          72120-6008
STATION EOD                      SEP 27, 2009
TYPE OF APPOINTMENT                    4    TEMPORARY LIMITED
SERVICE COMPUTATION DATE         SEP 27, 2009
RETIREMENT CODE                        2    FICA
VETERANS PREFERENCE                    1    NONE
VET STATUS                             X    NOT A VETERAN & EOD DATE IS
                                            4/1/91 OR LATER
MARITAL STATUS                         1    SINGLE
EDUCATION                              W    DOCTOR OF PHILOSOPHY
INSTRUCTIONAL PROGRAM              513810

Press RETURN to continue:
```

Troy F. Gilliam
HR Specialist, CAVHS
Internal Routing: 05C
Phone: (501) 257-1618
Fax: (501) 257-1774

---

**From:** Ward, Kristin A.
**Sent:** Monday, August 27, 2012 12:34 PM
**To:** Gilliam, Troy F.
**Subject:** RE: TSP and Change of Address

Hi Troy,

Our HR office has the wrong mailing address for Dr. Waliski.  Would you please correct it or let me know if she needs to come to HR to complete paperwork?  Thanks!

Angie Waliski
**503 South Longfield Avenue**
**Sherwood, AR. 72120**

# Waliski, Angie D.

| | |
|---|---|
| **From:** | Waliski, Angie D. |
| **Sent:** | Monday, May 21, 2012 1:25 PM |
| **To:** | Hughes, Anita F |
| **Cc:** | Waliski, Angie D.; Ward, Kristin A. |
| **Subject:** | RE: Pay Corrections |
| **Attachments:** | angie-tsp_20120521110815.pdf; angie-2009 pay_20120521130553.pdf |

Anita,

I appreciate you working on this but I still don't understand everything. Well anything about 2009 if we use the refund for the 2010 TSP. The spreadsheet you sent me for 2009 looks nothing like what/how I was paid as shown on Debbie's spreadsheet that I sent you. I have attached my latest TSP report and copies of my 23-09 and 24-09 payroll stubs. They look nothing like the spreadsheet so I need someone to explain it to me like I am a baby. I don't understand why everything is written several times and showing deductions and refunds for the same pay. So this is saying that I received 5,101.08 in refunds for 11/21/09. They had originally said I owed them 5,000 but then dropped it down to the 2,273.99 saying they had made a mistake and I have no record of that accept that I did what they told me.. Then on 9-25 pay-period my records say I was paid 1,509.98 and the spreadsheet says 1649.60.

I am sorry to be such a problem but it is hard for me to understand this bookkeeping system when all I have are my pay stubs and my bank record that do not match with what everyone is telling me is on file.

Thanks so much.

Angie

**From:** Hughes, Anita F
**Sent:** Friday, May 18, 2012 4:45 PM
**To:** Waliski, Angie D.; Ward, Kristin A.; Ernst, Elizabeth
**Subject:** Pay Corrections

Dr. Waliski,  attached is the spreadsheet we received from DFAS.  I added a column for total refunds and one for total FERS/TSP deductions.  According to my calculations, they still owe you $1147.85.  Please look at my work and see if you agree.  Thanks.

*Anita Hughes*

Supervisory Human Resources Specialist
Central Arkansas Veterans Healthcare System
2200 Ft. Roots Drive
North Little Rock, AR  72114
501-257-1775

**How was your HR service today?**  Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Herrin, V Janice |
| **Sent:** | Thursday, June 21, 2012 2:10 PM |
| **To:** | Gilliam, Troy F.; Kirchner, JoAnn; Uekman, Angela |
| **Cc:** | Pettit, Stephen G; Girndt, Kathy C; Ward, Kristin A.; Owen, Richard R; VA HRIS-PAID Contacts; Waliski, Angie D.; Hughes, Anita F |
| **Subject:** | RE: Incorrect Pay |

6/21/12

Troy,

Steve asked me to forward this email to you regarding pay issue.

---

**From:** Kirchner, JoAnn
**Sent:** Thursday, June 21, 2012 10:53 AM
**To:** Herrin, V Janice; Uekman, Angela
**Cc:** Pettit, Stephen G; Girndt, Kathy C; Ward, Kristin A.; Owen, Richard R; VA HRIS-PAID Contacts; Waliski, Angie D.;
Hughes, Anita F
**Subject:** RE: Incorrect Pay

Could someone provide me an update on this issue?

---

**From:** Herrin, V Janice
**Sent:** Friday, June 15, 2012 8:51 AM
**To:** Kirchner, JoAnn; Uekman, Angela
**Cc:** Pettit, Stephen G; Girndt, Kathy C; Ward, Kristin A.; Owen, Richard R; VA HRIS-PAID Contacts; Waliski, Angie D.;
Hughes, Anita F
**Subject:** RE: Incorrect Pay

I left a message for Steve Pettit at 8:00 a:m 6/15 to discuss this issue.  He is in morning report, and I will check back with
him later this morning.

Janice Herrin

---

**From:** Kirchner, JoAnn
**Sent:** Friday, June 15, 2012 8:48 AM
**To:** Uekman, Angela
**Cc:** Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Ward, Kristin A.; Owen, Richard R; VA HRIS-PAID Contacts;
Waliski, Angie D.; Hughes, Anita F
**Subject:** RE: Incorrect Pay

Before this is referred to CO I want a detailed accounting of all activities that have been done locally to resolve this
issue.

When will this be available?

JoAnn Kirchner, MD
Director VA MH QUERI
2200 Fort Roots Drive, Bldg 58
North Little Rock, AR 72114

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Hughes, Anita F |
| **Sent:** | Tuesday, May 29, 2012 3:36 PM |
| **To:** | 'vhaiswsharepointadmins@va.gov' |
| **Cc:** | Pettit, Stephen G; Herrin, V Janice; Girndt, Kathy C; Waliski, Angie D.; Ward, Kristin A. |
| **Subject:** | Incorrect Pay |
| **Attachments:** | Waliski Angela.xlsm |

Dr. Angie Waliski's pay has been incorrect since 2009 due to incorrect coding. The coding was corrected this winter; however, there are still discrepancies in her pay. We requested a pay audit in February and received the attached spreadsheet in May. There still appear to be discrepancies. Dr. Waliski was never eligible for FERS or TSP. According to my calculations, Dr. Waliski is still owed $1,147.85. Dr. Waliski believes the amount is higher. Therefore, I am requesting a complete review of her records to determine the correct amount owed to Dr. Waliski.

Tomorrow is my last day of work at CAVHS so I have included Steve Pettit, Janice Herrin, and Kathy Girndt on the message. Please contact them if you have questions or need further help. I appreciate anything you can do to resolve this issue for Dr. Waliski. Thanks.

*Anita Hughes*

Supervisory Human Resources Specialist
Central Arkansas Veterans Healthcare System
2200 Ft. Roots Drive
North Little Rock, AR 72114
501-257-1775

**How was your HR service today?** Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Hughes, Anita F |
| **Sent:** | Wednesday, May 16, 2012 1:56 PM |
| **To:** | Waliski, Angie D.; 'Waliski, Angie D'; Ward, Kristin A.; Ernst, Elizabeth |
| **Subject:** | RE: WALISKI.xlsx |

That will work.  We are in Bldg. 37.  Tell the receptionist that you have a meeting with us and we will come down.
Thanks.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, May 16, 2012 1:55 PM
**To:** Hughes, Anita F; 'Waliski, Angie D'; Ward, Kristin A.; Ernst, Elizabeth
**Subject:** RE: WALISKI.xlsx

Where are you located. I have a 2 conference call but that would give us about 45 minutes. Does that sound like a plan?

---

**From:** Hughes, Anita F
**Sent:** Wednesday, May 16, 2012 1:53 PM
**To:** 'Waliski, Angie D'; Ward, Kristin A.; Ernst, Elizabeth
**Cc:** Waliski, Angie D.
**Subject:** RE: WALISKI.xlsx

I can meet at 1.

---

**From:** Waliski, Angie D [mailto:ADWaliski@uams.edu]
**Sent:** Wednesday, May 16, 2012 1:26 PM
**To:** Hughes, Anita F; Ward, Kristin A.; Ernst, Elizabeth
**Cc:** Waliski, Angie D.
**Subject:** RE: WALISKI.xlsx

I have a 10 am. scheduled already. I have 11, 12, or 1 open

*Angie Waliski*, PhD, LPC, NCC
Heatlh Research Scientist
Central Arkansas Veterans Health System
Mental Illness Research Education and Clinical Center
University of Arkansas for Medical Sciences
adwaliski@uams.edu
501-257-1728

---

**From:** Hughes, Anita F [ANITA.HUGHES@va.gov]
**Sent:** Wednesday, May 16, 2012 12:57 PM
**To:** Ward, Kristin A.; Ernst, Elizabeth
**Cc:** Waliski, Angie D; Waliski, Angie D.
**Subject:** RE: WALISKI.xlsx

I need to change this meeting to Friday morning at 10.  I will be interviewing tomorrow and will have very limited time.

---

**From:** Ward, Kristin A.
**Sent:** Monday, May 14, 2012 9:32 AM
**To:** Ernst, Elizabeth; Hughes, Anita F

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Hughes, Anita F |
| **Sent:** | Tuesday, April 17, 2012 11:28 AM |
| **To:** | Ward, Kristin A.; Waliski, Angie D. |
| **Cc:** | Ernst, Elizabeth; Pettit, Stephen G |
| **Subject:** | FW: TSP back-pay |

FYI – the audit has not been completed by DFAS.  We will let you know as soon as we receive it.

---

**From:** Morgan, Nancy A.
**Sent:** Tuesday, April 17, 2012 10:05 AM
**To:** Hughes, Anita F
**Subject:** RE: TSP back-pay

They will not answer this until the last couple of days, like day 59 or 60 which is April 25th or 26th.

*Nancy A. Morgan*

**Nancy A. Morgan**
**P&R Assistant**
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
Phone: (501) 257-1762  Fax: (501) 257-1774
**How was your HR service today?  Please take a few moments to complete the HR Customer
Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Hughes, Anita F
**Sent:** Tuesday, April 17, 2012 9:43 AM
**To:** Morgan, Nancy A.
**Subject:** FW: TSP back-pay
**Importance:** High

Nancy, do you know if Angie Waliski's pay audit is complete?

---

**From:** Ward, Kristin A.
**Sent:** Tuesday, April 17, 2012 9:05 AM
**To:** Ernst, Elizabeth; Pettit, Stephen G
**Cc:** Waliski, Angie D.; Owen, Richard R; Suarez, Rafael A; Kirchner, JoAnn; Hughes, Anita F
**Subject:** RE: TSP back-pay
**Importance:** High

Can one of you please give us an update on the status to receive Dr. Waliski's audit results?

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Suarez, Rafael A |
| **Sent:** | Tuesday, April 17, 2012 12:42 PM |
| **To:** | Waliski, Angie D.; Kirchner, JoAnn; Owen, Richard R; Ernst, Elizabeth |
| **Cc:** | Ward, Kristin A.; Cooksey, Jason A. |
| **Subject:** | RE: TSP back-pay |

Beth,

Several months ago, I mentioned a problem Angie Waliski was having with her TSP.  Money was taken from her pay, but she was not eligible to participate in the TSP program.  MIRECC and Angie were working to get her money back with someone for HR.  Very little has been done since we spoke.  Now she is an employee for HSR&D.  Can we get this fixed?  I really need someone to apply pressure to whoever needs to fix the problem.  The federal government has money it owes Angie.  We need to get it back to her.  Thanks.

---

**From:** Waliski, Angie D.
**Sent:** Tuesday, April 17, 2012 8:00 AM
**To:** Kirchner, JoAnn; Owen, Richard R; Suarez, Rafael A
**Cc:** Ward, Kristin A.; Cooksey, Jason A.
**Subject:** TSP back-pay

Once again I am writing to complain that I have not received the back-pay from TSP that I was told I would receive 6 months ago. Almost two months ago Kristin and I were told that a formal audit was taking place and it would be cleared up early to mid April. Kristin has been following up with HR and our contacts and once again no one is responding to the emails.

Since I came on as a GS13 I am now eligible for benefits but do not want to start anything until this matter is cleared up. So this is going on three years and 8-10 thousand dollars that was to be invested that has not been. I need to get this cleared up. Please advise me on what to do because I have done everything I was told and once again feel I am getting the run-around. Angie

Angie Waliski, PHD, LPC, NCC
Research Scientist
Central Arkansas Veterans Healthcare System
Health Services Research and Development
2200 Fort Roots Drive, Building 58
North Little Rock, AR 72114
adwaliski@uams.edu
501.257.1728

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Ernst, Elizabeth |
| **Sent:** | Monday, April 02, 2012 10:11 AM |
| **To:** | Waliski, Angie D. |
| **Cc:** | Slocum, Caronda L.; Suarez, Rafael A |
| **Subject:** | RE: Full time |

Thanks.

Caronda – Pls note Dr. Waliski's appt will be FT.

---

**From:** Waliski, Angie D.
**Sent:** Monday, April 02, 2012 10:09 AM
**To:** Ernst, Elizabeth
**Cc:** Suarez, Rafael A
**Subject:** Full time

Beth, I would like to take the full time(8/8) GS-13 position that I was offered. Please let me know if you need anything further. Thanks, Angie

4-8-12

## Ward, Kristin A.

| | |
|---|---|
| **From:** | Roberts, Carolyn M (LIT) |
| **Sent:** | Thursday, March 29, 2012 4:35 PM |
| **To:** | Uekman, Angela; Hughes, Anita F |
| **Cc:** | Ussery, Carolyn S |
| **Subject:** | Download from database FY12.xlsx |
| **Attachments:** | Download from database FY12.xlsx |

Anita/Angela, I know you guys are doing an audit of this lady's timecards.  I thought maybe this download from the Fiscal database might be of some help in identifying what is going on in her account.

She is an OAA fellow with the MIRECC program, so I don't think her BOC should be 1001.  I think she should be in the 105X series.  As such she shouldn't be entitled to the benefits of a regular FTEE.  However, I don't know which benefits she would be entitled to.  I think she would still be entitled to OASDI and Medicare.  I didn't know about FEHB, FEGLI, TSP, etc.

She entered on duty on 9/27/09 and has been trying to get her records straight ever since then.   It looks to me like she is still entitled to a refund of some of the funds that have been withheld from her check.  According to this download, she has had $8,060 of TSP deductions from her check with $3,565 refunded to her.  It looks to me like she is still due a refund of $4,495 of TSP contributions.  I haven't figured out the amounts due to or from Dr. Waliski in other categories. I'm just having difficulties figuring out what in the world is going on in her account.  What is the CSR VA category?  Surely that doesn't stand for Civil Service since she just came on in FY09.  But there is a great deal of refund activity ($15,716.21) going on in that category, but only $203.06 of charges.
Most of the credits in the CSR VA column happened in PP 6, but I don't see that the extra payments hit her net pay, so I don't think she was refunded this money.  Any clarification you could shed on this will be greatly appreciated.

# Waliski, Angie D.

| | |
|---|---|
| **From:** | Roberts, Carolyn M (LIT) |
| **Sent:** | Monday, March 26, 2012 3:52 PM |
| **To:** | Ward, Kristin A. |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | RE: Dr. Waliski |

This week is looking rough.  We are in mid-year reviews most of the week.  I'll get back with with a time for possibly Thursday or Friday.

**From:** Ward, Kristin A.
**Sent:** Monday, March 26, 2012 9:50 AM
**To:** Roberts, Carolyn M (LIT)
**Cc:** Waliski, Angie D.
**Subject:** RE: Dr. Waliski

Good Morning Carolyn,
Dr. Waliski is back in the office this week.  Please let us know when would be a good time for us to come over to see what you found out regarding her pay.  Thanks, Kristin

**From:** Roberts, Carolyn M (LIT)
**Sent:** Wednesday, March 14, 2012 10:44 AM
**To:** Ward, Kristin A.
**Subject:** RE: Dr. Waliski

I can meet at either time.  I'm in Bldg 41, Room 114.  It's a tiny room, so we'll probably move to Room 108.  But come here first.

**From:** Ward, Kristin A.
**Sent:** Wednesday, March 14, 2012 9:41 AM
**To:** Roberts, Carolyn M (LIT)
**Subject:** RE: Dr. Waliski

How about 2PM today?  I have to be on a call at 1PM, but it will likely end early as the agenda is short.  Could you meet at 1:45?  Basically, between 1:45 and 2?  You are in blg 41, correct?  Which room number?

**From:** Roberts, Carolyn M (LIT)
**Sent:** Wednesday, March 14, 2012 9:19 AM
**To:** Ward, Kristin A.
**Subject:** RE: Dr. Waliski

I was out yesterday.  Is this afternoon still good for you?  If so, name a time and place.

**From:** Ward, Kristin A.
**Sent:** Tuesday, March 13, 2012 7:50 AM
**To:** Roberts, Carolyn M (LIT)
**Cc:** Waliski, Angie D.
**Subject:** RE: Dr. Waliski

Good Morning,
Just a friendly email reminder.  Could you meet with us this afternoon or tomorrow?  Thank you.

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Cooksey, Jason A. |
| **Sent:** | Thursday, March 01, 2012 10:10 AM |
| **To:** | Ward, Kristin A. |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | RE: Pay Issue |

I just spoke with Carolyn Roberts in Fiscal. She informed OAA money (to include Salary for Fellows) is managed by the budget folks in Fiscal. It all falls into one big pot with other things. She would be the one to help handle this once Payroll/HR conclude how much money is needed paid to Angie.

She made comments about TSP and backpay. She said you can't keep both. TSP money would have to be refunded by TSP, if it can be. The Facility can't pay that back. It seemed as if it could be troublesome getting it. She could better explain this than me.

**From:** Cooksey, Jason A.
**Sent:** Monday, February 27, 2012 1:55 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Subject:** RE: Pay Issue

It would likely be someone in Fiscal. At some point OAA would need to see info on all this, in case more funding is needed sent to cover any additional payments. I'm not sure how much discretion is given to the Facility on taking care of pay issues that funnel up to OAA's budget for Fellows.

I'll try to contact someone in Fiscal to see how this money flow works for Fellows.

**From:** Ward, Kristin A.
**Sent:** Monday, February 27, 2012 12:19 PM
**To:** Cooksey, Jason A.; Waliski, Angie D.
**Subject:** RE: Pay Issue

I apologize for just now getting to this as my emails have flooded me today. I see from the other emails sent that the audit will not be complete until early May. Jason, as we spoke about on Friday and mentioned below regarding the person who owns Angie's salary budget...could you please contact Beth or would it be someone is fiscal to help narrow down who should be contacted regarding OAA pay? All I know is OAA sends the funds directly to the facility which distributes to fellows for pay. I can contact the Chief of Ed but would rather not unless need be.

**From:** Cooksey, Jason A.
**Sent:** Monday, February 27, 2012 8:58 AM
**To:** Waliski, Angie D.
**Cc:** Ward, Kristin A.
**Subject:** Pay Issue

Angie,

As we wait for your Audit report, I suggest, if you have not already, documenting your case with LES statement, SF50s, Appointment Letters showing Salary for each year of Fellowship, and etc. to substantiate what you claim due to you. If your salary increases were never processed on SF50s, then you can show that. Being able to prove on proper paperwork and show calculations coming to a $$ conclusion of difference in what you have/have not received and what you should have received will help your argument, especially if the Audit report shows a discrepancy. This should then be presented to whoever owns your Salary budget so to say. I'm not sure if it is OAA, the Facility here, or someone else.

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Hughes, Anita F |
| **Sent:** | Wednesday, February 01, 2012 4:58 PM |
| **To:** | Ward, Kristin A.; Waliski, Angie D. |
| **Cc:** | Pettit, Stephen G; Ernst, Elizabeth; Morgan, Nancy A. |
| **Subject:** | RE: stipend pay for Angie Waliski |

Dr. Waliski/Kristin

We requested a pay audit for you today.  What is currently in the PAID system appears to be correct; however, we asked DFAS to ensure that you have been paid all monies due you.  They will conduct the audit from 9/27/2009 to the present time.  Please call if you have any questions.  Thanks.

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 11:49 AM
**To:** Ernst, Elizabeth
**Cc:** Hughes, Anita F; Pettit, Stephen G
**Subject:** FW: stipend pay for Angie Waliski

Dr. Waliski's pay has been incorrect from the beginning.

As a 1st year fellow she should have been paid: $43,039

As a 2nd year fellow she should have been paid: $44,522

As a 3rd year fellow she should have be paid: $46,806

She has been paid $42k over the past 3 years.

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Wednesday, February 01, 2012 11:09 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Hi Kristin,

As a 2nd year fellow (Psychology Post Doc Yr 2) she should have been paid: $44,522

As a 3rd year fellow (Psychology Post Doc Yr 3) she should have be paid: $46,806; as a

Thanks, Debbie

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Cooksey, Jason A. |
| **Sent:** | Monday, February 27, 2012 8:58 AM |
| **To:** | Waliski, Angie D. |
| **Cc:** | Ward, Kristin A. |
| **Subject:** | Pay Issue |

Angie,

As we wait for your Audit report, I suggest, if you have not already, documenting your case with LES statement, SF50s, Appointment Letters showing Salary for each year of Fellowship, and etc. to substantiate what you claim due to you.  If your salary increases were never processed on SF50s, then you can show that.  Being able to prove on proper paperwork and show calculations coming to a $$ conclusion of difference in what you have/have not received and what you should have received will help your argument, especially if the Audit report shows a discrepancy.  This should then be presented to whoever owns your Salary budget so to say.  I'm not sure if it is OAA, the Facility here, or someone else. That entity can compare what you present and the Audit and what it shows as salary expense and will have to make adjustments to its budget for any agreed additional payments to you.  Unfortunately, the MIRECC (and myself as MIRECC Budget Analyst) is not fiscally responsible for your Salary and has no authority over your parent entity's budget matters, expenses, or issues.

Hope this helps and you can get this straightened out soon.

v/r

*Jason Cooksey*
**Budget Analyst**
**South Central (VISN 16) MIRECC**
**Phone: 501-257-1741**
**Fax: 501-257-1718**
**Email: jason.cooksey@va.gov**

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Cooksey, Jason A. |
| **Sent:** | Monday, February 27, 2012 1:55 PM |
| **To:** | Ward, Kristin A.; Waliski, Angie D. |
| **Subject:** | RE: Pay Issue |

It would likely be someone in Fiscal.  At some point OAA would need to see info on all this, in case more funding is needed sent to cover any additional payments.  I'm not sure how much discretion is given to the Facility on taking care of pay issues that funnel up to OAA's budget for Fellows.

I'll try to contact someone in Fiscal to see how this money flow works for Fellows.

---

**From:** Ward, Kristin A.
**Sent:** Monday, February 27, 2012 12:19 PM
**To:** Cooksey, Jason A.; Waliski, Angie D.
**Subject:** RE: Pay Issue

I apologize for just now getting to this as my emails have flooded me today.  I see from the other emails sent that the audit will not be complete until early May.  Jason, as we spoke about on Friday and mentioned below regarding the person who owns Angie's salary budget...could you please contact Beth or would it be someone is fiscal to help narrow down who should be contacted regarding OAA pay?  All I know is OAA sends the funds directly to the facility which distributes to fellows for pay.  I can contact the Chief of Ed but would rather not unless need be.

---

**From:** Cooksey, Jason A.
**Sent:** Monday, February 27, 2012 8:58 AM
**To:** Waliski, Angie D.
**Cc:** Ward, Kristin A.
**Subject:** Pay Issue

Angie,

As we wait for your Audit report, I suggest, if you have not already, documenting your case with LES statement, SF50s, Appointment Letters showing Salary for each year of Fellowship, and etc. to substantiate what you claim due to you.  If your salary increases were never processed on SF50s, then you can show that.  Being able to prove on proper paperwork and show calculations coming to a $$ conclusion of difference in what you have/have not received and what you should have received will help your argument, especially if the Audit report shows a discrepancy.  This should then be presented to whoever owns your Salary budget so to say.  I'm not sure if it is OAA, the Facility here, or someone else. That entity can compare what you present and the Audit and what it shows as salary expense and will have to make adjustments to its budget for any agreed additional payments to you.  Unfortunately, the MIRECC (and myself as MIRECC Budget Analyst) is not fiscally responsible for your Salary and has no authority over your parent entity's budget matters, expenses, or issues.

Hope this helps and you can get this straightened out soon.

v/r

*Jason Cooksey*
Budget Analyst
South Central (VISN 16) MIRECC
Phone: 501-257-1741
Fax: 501-257-1718

Email: jason.cooksey@va.gov

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Morgan, Nancy A. |
| **Sent:** | Monday, February 27, 2012 5:21 PM |
| **To:** | Hughes, Anita F; Cooksey, Jason A.; Ernst, Elizabeth |
| **Cc:** | Waliski, Angie D.; Ward, Kristin A. |
| **Subject:** | RE: stipend pay for Angie Waliski |

Yes, it gets answered in writing.

*Nancy A. Morgan*

**Nancy A. Morgan**
P&R Assistant
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
**Phone: (501) 257-1762  Fax: (501) 257-1774**
**How was your HR service today?  Please take a few moments to complete the HR Customer**
**Service Quick Card at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx**
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Hughes, Anita F
**Sent:** Monday, February 27, 2012 12:15 PM
**To:** Morgan, Nancy A.; Cooksey, Jason A.; Ernst, Elizabeth
**Cc:** Waliski, Angie D.; Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Will they give us something in writing?  While we are waiting, we can go ahead and review the 50s to ensure that
everything we've submitted is correct.  I will be interviewing most of the week, but I will get with Beth so we can review
it.  Then, we will set a meeting.

---

**From:** Morgan, Nancy A.
**Sent:** Monday, February 27, 2012 11:17 AM
**To:** Hughes, Anita F; Cooksey, Jason A.; Ernst, Elizabeth
**Cc:** Waliski, Angie D.; Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Pay audits take 60 duty days.  It was submitted on 2/1 so I would expect to hear something in May.

*Nancy A. Morgan*

**Nancy A. Morgan**
P&R Assistant
*CAVHS, Bldg 37*

**2200 Fort Roots Drive**
**North Little Rock, Arkansas 72114**
Phone: (501) 257-1762  Fax: (501) 257-1774
**How was your HR service today?  Please take a few moments to complete the HR Customer**
**Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Hughes, Anita F
**Sent:** Monday, February 27, 2012 8:56 AM
**To:** Cooksey, Jason A.; Ernst, Elizabeth; Morgan, Nancy A.
**Cc:** Waliski, Angie D.; Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Nancy, would you please verify whether or not the audit is complete?

Beth, please print the 50s (with the corrections) from Dr. Waliski's eOPF.  I will sit down with you to review that everything is accurate.

After Beth and I review it, we will set up a meeting to go over everything and ensure that it is all correct and that DFAS has completed the audit.

---

**From:** Cooksey, Jason A.
**Sent:** Monday, February 27, 2012 8:12 AM
**To:** Ernst, Elizabeth; Hughes, Anita F
**Cc:** Waliski, Angie D.; Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Could you please tell us the status of the Audit?  Thanks!

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 22, 2012 12:00 PM
**To:** Waliski, Angie D.; Cooksey, Jason A.; Ernst, Elizabeth; Hughes, Anita F
**Cc:** Kirchner, JoAnn; Owen, Richard R
**Subject:** RE: stipend pay for Angie Waliski

Good Afternoon,
Dr. Waliski, Jason and I met this morning. Jason has agreed to follow-up with the parties involved and will continue to stay in contact with myself and Dr. Waliski.  I have asked Jason to obtain the audit findings to help determine what has been done and what more needs to done. Can HR provide us with this information?  Is there someone in particular Jason needs to contact?  I know this is very frustrating for all parties involved.  We look forward to resolving these issues surrounding Dr. Waliski's pay.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, February 22, 2012 9:05 AM
**To:** Cooksey, Jason A.; Ernst, Elizabeth; Hughes, Anita F

Cc: Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R
Subject: RE: stipend pay for Angie Waliski

NO----- I need someone to listen to me that I have been paying into TSP $155 a month for over two years and 2,793 is not going to do it. I do not accept that this is complete reimbursement – I want a full audit and I want it in writing.

If Jason would have waited to talk to me as requested he would have known this.

Now- who else do I need to cc on this email because I will follow this myself if the VA wants to pay me to spend my time doing it as they have been for months.

---

**From:** Cooksey, Jason A.
**Sent:** Wednesday, February 22, 2012 8:53 AM
**To:** Ernst, Elizabeth; Hughes, Anita F
**Cc:** Ward, Kristin A.; Waliski, Angie D.
**Subject:** RE: stipend pay for Angie Waliski

Good Morning Ladies,

I just spoke with Jacinda. She clarified the extra $2,000+ in Angie's last check was for retroactive payback of benefits (TSP, Retirement, etc.) that should not have been paid, given Angie was not eligible for them.

Let me know if I can help on the Salary portion of this issue.

Thanks

*Jason Cooksey*
Budget Analyst
South Central (VISN 16) MIRECC
Phone: 501-257-1741
Fax: 501-257-1718
Email: jason.cooksey@va.gov

---

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 3:35 PM
**To:** Morgan, Nancy A.; Ward, Kristin A.; Waliski, Angie D.
**Cc:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Beth, we can print all of her 50s and review them. After we learn what she has been paid for, from Jacinda, we can determine if there is anything else that should be coming.

---

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 3:33 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

The audit has not been answered. So I believe that they are still working on this. I would have Angie call and talk with Jacinda Summers at payroll to find out what the 2000+ was for. I cannot see payroll issues at all. As for her salary, Beth will have to address this as the specialist. As far as I am concerned the audit is still on going.

*Nancy A. Morgan*
**Nancy A. Morgan**
**P&R Assistant**
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
**Phone: (501) 257-1762  Fax: (501) 257-1774**
**How was your HR service today?  Please take a few moments to complete the HR Customer Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Ward, Kristin A.
**Sent:** Friday, February 17, 2012 3:27 PM
**To:** Morgan, Nancy A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

She should be expecting somewhere between $10,000-$14,000 back.  There are 2 main issues: 1) her pay has been incorrect for the past 3 years (salary should increase about $2k each year) and 2) retirement has been taken out of her pay for the past 3 year (at $4,000 per year).  She has only received around $3,500 back.  I thought the audit that was requested would identify all of the mishandlings of Dr. Waliski's pay.   What is the next step?

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 2:50 PM
**To:** Waliski, Angie D.
**Cc:** Hughes, Anita F; Ward, Kristin A.; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Yes, this is all her monies.  She has received all that was due her.  Thanks!

*Nancy A. Morgan*
**Nancy A. Morgan**
**P&R Assistant**
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
**Phone: (501) 257-1762  Fax: (501) 257-1774**

How was your HR service today?  Please take a few moments to complete the HR Customer Service Quick Card at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Ernst, Elizabeth
**Sent:** Friday, February 17, 2012 8:57 AM
**To:** Morgan, Nancy A.
**Cc:** Hughes, Anita F; Ward, Kristin A.
**Subject:** FW: stipend pay for Angie Waliski

Nancy – Can you check this?

---

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 7:53 AM
**To:** Ernst, Elizabeth
**Cc:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

It should be the result of the audit.  Ask Nancy if she can check to see.  If she can't then we can call payroll.

---

**From:** Ernst, Elizabeth
**Sent:** Friday, February 17, 2012 7:41 AM
**To:** Hughes, Anita F
**Cc:** Ward, Kristin A.
**Subject:** FW: stipend pay for Angie Waliski

Could this be the result of the audit?  Should we have Dr. Waliski contact fiscal regarding the extra money in her check?

---

**From:** Ward, Kristin A.
**Sent:** Thursday, February 16, 2012 9:53 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Good morning,

Angie tells me she sees $3261 in her check tomorrow.  Her usual pay it $1152.12 so the $2108.88 extra is from what pot of money?

---

**From:** Ernst, Elizabeth
**Sent:** Tuesday, February 14, 2012 11:02 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Followed up on Friday but no answer as to status yet.

**From:** Ward, Kristin A.
**Sent:** Tuesday, February 14, 2012 10:48 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Following up on where things are.  Thank you, Kristin

---

**From:** Ward, Kristin A.
**Sent:** Friday, February 10, 2012 10:39 AM
**To:** Ernst, Elizabeth
**Subject:** FW: stipend pay for Angie Waliski

Good Morning Beth,
Could you please update me with where things stand?  Anita mentioned seeing it in the system by the middle of this week.  Thanks, k

---

**From:** Hughes, Anita F
**Sent:** Wednesday, February 01, 2012 4:58 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Pettit, Stephen G; Ernst, Elizabeth; Morgan, Nancy A.
**Subject:** RE: stipend pay for Angie Waliski

Dr. Waliski/Kristin

We requested a pay audit for you today.  What is currently in the PAID system appears to be correct; however, we asked DFAS to ensure that you have been paid all monies due you.  They will conduct the audit from 9/27/2009 to the present time.  Please call if you have any questions.  Thanks.

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 11:49 AM
**To:** Ernst, Elizabeth
**Cc:** Hughes, Anita F; Pettit, Stephen G
**Subject:** FW: stipend pay for Angie Waliski

Dr. Waliski's pay has been incorrect from the beginning.

As a 1st year fellow she should have been paid: $43,039

As a 2nd year fellow she should have been paid: $44,522

As a 3rd year fellow she should have be paid: $46,806

She has been paid $42k over the past 3 years.

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Wednesday, February 01, 2012 11:09 AM

To: Ward, Kristin A.
Subject: RE: stipend pay for Angie Waliski

Hi Kristin,

As a 2nd year fellow (Psychology Post Doc Yr 2) she should have been paid: $44,522

As a 3rd year fellow (Psychology Post Doc Yr 3) she should have be paid: $46,806; as a

Thanks, Debbie

---

From: Ward, Kristin A.
Sent: Wednesday, February 01, 2012 7:54 AM
To: Ludke, Deborah
Subject: RE: stipend pay for Angie Waliski

Me again. ☺  We are also questioning our HR regarding another fellow's pay: Angela Waliski.  She a 3rd year polytramua fellow.  Her first year appointment letter lists $43,039 as salary.  What should have been her 2nd year stipend and 3rd year?  Thanks!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

From: Ludke, Deborah
Sent: Tuesday, January 24, 2012 4:09 PM
To: Ward, Kristin A.
Subject: RE: stipend pay for Joy Pemberton

Hi Kristin,

It should be as follows:

2/1/11-1/31/12  $44,522
2/1/12-1/31/13  $46,806

Just let me know if you should have any other questions.

Thanks, Debbie

---

From: Ward, Kristin A.
Sent: Tuesday, January 24, 2012 11:54 AM
To: Ludke, Deborah
Subject: stipend pay for Joy Pemberton

Good Afternoon Debbie:

I emailed you a bit back asking about stipend increase pay for some of our research fellows. I've been working with HR and came across something I need to run by you regarding Dr. Pemberton's stipend. Joy came on-board with us a bit late in the year, February 2010. According to her appt letter her salary was listed as $41,070 which is the 2009 pay, which make sense. I would base her 2nd year salary as $43,039 based on the 2009 pay, correct? I ask as the 2010 stipend for 2nd year is $43,666. I am not certain on what number to use. I would think I should base her 3rd year pay according to 2011 which is $46, 806.

To summarize, what should have been Joy's stipend between February 1, 2011 – 2012 and what should it be starting February 1, 2012 – 2013. Sorry to bother you with this but I want to make sure we have it right. Thank you!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Waliski, Angie D. |
| **Sent:** | Wednesday, February 22, 2012 9:05 AM |
| **To:** | Cooksey, Jason A.; Ernst, Elizabeth; Hughes, Anita F |
| **Cc:** | Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R |
| **Subject:** | RE: stipend pay for Angie Waliski |

NO----- I need someone to listen to me that I have been paying into TSP $155 a month for over two years and 2,793 is not going to do it. I do not accept that this is complete reimbursement – I want a full audit and I want it in writing.

If Jason would have waited to talk to me as requested he would have known this.

Now- who else do I need to cc on this email because I will follow this myself if the VA wants to pay me to spend my time doing it as they have been for months.

---

**From:** Cooksey, Jason A.
**Sent:** Wednesday, February 22, 2012 8:53 AM
**To:** Ernst, Elizabeth; Hughes, Anita F
**Cc:** Ward, Kristin A.; Waliski, Angie D.
**Subject:** RE: stipend pay for Angie Waliski

Good Morning Ladies,

I just spoke with Jacinda.  She clarified the extra $2,000+ in Angie's last check was for retroactive payback of benefits (TSP, Retirement, etc.) that should not have been paid, given Angie was not eligible for them.

Let me know if I can help on the Salary portion of this issue.

Thanks

*Jason Cooksey*
Budget Analyst
South Central (VISN 16) MIRECC
Phone: 501-257-1741
Fax: 501-257-1718
Email: jason.cooksey@va.gov

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 3:35 PM
**To:** Morgan, Nancy A.; Ward, Kristin A.; Waliski, Angie D.
**Cc:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Beth, we can print all of her 50s and review them.  After we learn what she has been paid for, from Jacinda, we can determine if there is anything else that should be coming.

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 3:33 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

The audit has not been answered.  So I believe that they are still working on this.  I would have Angie call and talk with Jacinda Summers at payroll to find out what the 2000+ was for.  I cannot see payroll issues at all.  As for her salary, Beth will have to address this as the specialist.  As far as I am concerned the audit is still on going.

*Nancy A. Morgan*

**Nancy A. Morgan**
**P&R Assistant**
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
**Phone: (501) 257-1762   Fax: (501) 257-1774**
**How was your HR service today?  Please take a few moments to complete the HR Customer Service Quick Card at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx**
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Ward, Kristin A.
**Sent:** Friday, February 17, 2012 3:27 PM
**To:** Morgan, Nancy A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

She should be expecting somewhere between $10,000-$14,000 back.  There are 2 main issues: 1) her pay has been incorrect for the past 3 years (salary should increase about $2k each year) and 2) retirement has been taken out of her pay for the past 3 year (at $4,000 per year).  She has only received around $3,500 back.  I thought the audit that was requested would identify all of the mishandlings of Dr. Waliski's pay.   What is the next step?

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 2:50 PM
**To:** Waliski, Angie D.
**Cc:** Hughes, Anita F; Ward, Kristin A.; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Yes, this is all her monies.  She has received all that was due her.  Thanks!

*Nancy A. Morgan*

**Nancy A. Morgan**

**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Followed up on Friday but no answer as to status yet.

---

**From:** Ward, Kristin A.
**Sent:** Tuesday, February 14, 2012 10:48 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Following up on where things are.  Thank you, Kristin

---

**From:** Ward, Kristin A.
**Sent:** Friday, February 10, 2012 10:39 AM
**To:** Ernst, Elizabeth
**Subject:** FW: stipend pay for Angie Waliski

Good Morning Beth,
Could you please update me with where things stand?  Anita mentioned seeing it in the system by the middle of this week.  Thanks, k

---

**From:** Hughes, Anita F
**Sent:** Wednesday, February 01, 2012 4:58 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Pettit, Stephen G; Ernst, Elizabeth; Morgan, Nancy A.
**Subject:** RE: stipend pay for Angie Waliski

Dr. Waliski/Kristin

We requested a pay audit for you today.  What is currently in the PAID system appears to be correct; however, we asked DFAS to ensure that you have been paid all monies due you.  They will conduct the audit from 9/27/2009 to the present time.  Please call if you have any questions.  Thanks.

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 11:49 AM
**To:** Ernst, Elizabeth
**Cc:** Hughes, Anita F; Pettit, Stephen G
**Subject:** FW: stipend pay for Angie Waliski

Dr. Waliski's pay has been incorrect from the beginning.

As a 1st year fellow she should have been paid: $43,039

As a 2nd year fellow she should have been paid: $44,522

As a 3rd year fellow she should have be paid: $46,806

She has been paid $42k over the past 3 years.

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236

Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Wednesday, February 01, 2012 11:09 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Hi Kristin,

As a 2nd year fellow (Psychology Post Doc Yr 2) she should have been paid: $44,522

As a 3rd year fellow (Psychology Post Doc Yr 3) she should have be paid: $46,806; as a

Thanks, Debbie

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 7:54 AM
**To:** Ludke, Deborah
**Subject:** RE: stipend pay for Angie Waliski

Me again. ☺  We are also questioning our HR regarding another fellow's pay: Angela Waliski.  She a 3rd year polytramua fellow.  Her first year appointment letter lists $43,039 as salary.  What should have been her 2nd year stipend and 3rd year?  Thanks!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Tuesday, January 24, 2012 4:09 PM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Joy Pemberton

Hi Kristin,

It should be as follows:

2/1/11-1/31/12  $44,522
2/1/12-1/31/13  $46,806

Just let me know if you should have any other questions.

Thanks, Debbie

**From:** Ward, Kristin A.
**Sent:** Tuesday, January 24, 2012 11:54 AM
**To:** Ludke, Deborah
**Subject:** stipend pay for Joy Pemberton

Good Afternoon Debbie:

I emailed you a bit back asking about stipend increase pay for some of our research fellows. I've been working with HR and came across something I need to run by you regarding Dr. Pemberton's stipend. Joy came on-board with us a bit late in the year, February 2010. According to her appt letter her salary was listed as $41,070 which is the 2009 pay, which make sense. I would base her 2nd year salary as $43,039 based on the 2009 pay, correct? I ask as the 2010 stipend for 2nd year is $43,666. I am not certain on what number to use. I would think I should base her 3rd year pay according to 2011 which is $46, 806.

To summarize, what should have been Joy's stipend between February 1, 2011 – 2012 and what should it be starting February 1, 2012 – 2013. Sorry to bother you with this but I want to make sure we have it right. Thank you!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

6

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Ward, Kristin A. |
| **Sent:** | Wednesday, February 22, 2012 12:00 PM |
| **To:** | Waliski, Angie D.; Cooksey, Jason A.; Ernst, Elizabeth; Hughes, Anita F |
| **Cc:** | Kirchner, JoAnn; Owen, Richard R |
| **Subject:** | RE: stipend pay for Angie Waliski |

Good Afternoon,

Dr. Waliski, Jason and I met this morning. Jason has agreed to follow-up with the parties involved and will continue to stay in contact with myself and Dr. Waliski. I have asked Jason to obtain the audit findings to help determine what has been done and what more needs to done. Can HR provide us with this information? Is there someone in particular Jason needs to contact? I know this is very frustrating for all parties involved. We look forward to resolving these issues surrounding Dr. Waliski's pay.

---

**From:** Waliski, Angie D.
**Sent:** Wednesday, February 22, 2012 9:05 AM
**To:** Cooksey, Jason A.; Ernst, Elizabeth; Hughes, Anita F
**Cc:** Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R
**Subject:** RE: stipend pay for Angie Waliski

NO----- I need someone to listen to me that I have been paying into TSP $155 a month for over two years and 2,793 is not going to do it. I do not accept that this is complete reimbursement – I want a full audit and I want it in writing.

If Jason would have waited to talk to me as requested he would have known this.

Now- who else do I need to cc on this email because I will follow this myself if the VA wants to pay me to spend my time doing it as they have been for months.

---

**From:** Cooksey, Jason A.
**Sent:** Wednesday, February 22, 2012 8:53 AM
**To:** Ernst, Elizabeth; Hughes, Anita F
**Cc:** Ward, Kristin A.; Waliski, Angie D.
**Subject:** RE: stipend pay for Angie Waliski

Good Morning Ladies,

I just spoke with Jacinda. She clarified the extra $2,000+ in Angie's last check was for retroactive payback of benefits (TSP, Retirement, etc.) that should not have been paid, given Angie was not eligible for them.

Let me know if I can help on the Salary portion of this issue.

Thanks

*Jason Cooksey*
**Budget Analyst**
South Central (VISN 16) MIRECC
Phone: 501-257-1741
Fax: 501-257-1718
Email: jason.cooksey@va.gov

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 3:35 PM
**To:** Morgan, Nancy A.; Ward, Kristin A.; Waliski, Angie D.
**Cc:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Beth, we can print all of her 50s and review them.  After we learn what she has been paid for, from Jacinda, we can determine if there is anything else that should be coming.

---

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 3:33 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

The audit has not been answered.  So I believe that they are still working on this.  I would have Angie call and talk with Jacinda Summers at payroll to find out what the 2000+ was for.  I cannot see payroll issues at all.  As for her salary,  Beth will have to address this as the specialist.  As far as I am concerned the audit is still on going.

*Nancy A. Morgan*

**Nancy A. Morgan**
**P&R Assistant**
**CAVHS, Bldg 37**
**2200 Fort Roots Drive**
**North Little Rock, Arkansas 72114**
**Phone:** (501) 257-1762  **Fax:** (501) 257-1774
**How was your HR service today?  Please take a few moments to complete the HR Customer Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Ward, Kristin A.
**Sent:** Friday, February 17, 2012 3:27 PM
**To:** Morgan, Nancy A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

She should be expecting somewhere between $10,000-$14,000 back.  There are 2 main issues: 1) her pay has been incorrect for the past 3 years (salary should increase about $2k each year) and 2) retirement has been taken out of her pay for the past 3 year (at $4,000 per year).  She has only received around $3,500 back.  I thought the audit that was requested would identify all of the mishandlings of Dr. Waliski's pay.   What is the next step?

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718

Email: kristin.ward2@va.gov

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 2:50 PM
**To:** Waliski, Angie D.
**Cc:** Hughes, Anita F; Ward, Kristin A.; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Yes, this is all her monies. She has received all that was due her. Thanks!

*Nancy A. Morgan*

**Nancy A. Morgan**
**P&R Assistant**
***CAVHS, Bldg 37***
***2200 Fort Roots Drive***
***North Little Rock, Arkansas 72114***
**Phone: (501) 257-1762  Fax: (501) 257-1774**
**How was your HR service today?  Please take a few moments to complete the HR Customer
Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



**From:** Ernst, Elizabeth
**Sent:** Friday, February 17, 2012 8:57 AM
**To:** Morgan, Nancy A.
**Cc:** Hughes, Anita F; Ward, Kristin A.
**Subject:** FW: stipend pay for Angie Waliski

Nancy – Can you check this?

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 7:53 AM
**To:** Ernst, Elizabeth
**Cc:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

It should be the result of the audit.  Ask Nancy if she can check to see.  If she can't then we can call payroll.

**From:** Ernst, Elizabeth
**Sent:** Friday, February 17, 2012 7:41 AM
**To:** Hughes, Anita F
**Cc:** Ward, Kristin A.
**Subject:** FW: stipend pay for Angie Waliski

Could this be the result of the audit?  Should we have Dr. Waliski contact fiscal regarding the extra
money in her check?

**From:** Ward, Kristin A.
**Sent:** Thursday, February 16, 2012 9:53 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Good morning,

Angie tells me she sees $3261 in her check tomorrow.  Her usual pay it $1152.12 so the $2108.88 extra is from what pot of money?

---

**From:** Ernst, Elizabeth
**Sent:** Tuesday, February 14, 2012 11:02 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Followed up on Friday but no answer as to status yet.

---

**From:** Ward, Kristin A.
**Sent:** Tuesday, February 14, 2012 10:48 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Following up on where things are.  Thank you, Kristin

---

**From:** Ward, Kristin A.
**Sent:** Friday, February 10, 2012 10:39 AM
**To:** Ernst, Elizabeth
**Subject:** FW: stipend pay for Angie Waliski

Good Morning Beth,
Could you please update me with where things stand?  Anita mentioned seeing it in the system by the middle of this week.  Thanks, k

---

**From:** Hughes, Anita F
**Sent:** Wednesday, February 01, 2012 4:58 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Pettit, Stephen G; Ernst, Elizabeth; Morgan, Nancy A.
**Subject:** RE: stipend pay for Angie Waliski

Dr. Waliski/Kristin

We requested a pay audit for you today.  What is currently in the PAID system appears to be correct; however, we asked DFAS to ensure that you have been paid all monies due you.  They will conduct the audit from 9/27/2009 to the present time.  Please call if you have any questions.  Thanks.

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 11:49 AM
**To:** Ernst, Elizabeth
**Cc:** Hughes, Anita F; Pettit, Stephen G
**Subject:** FW: stipend pay for Angie Waliski

Dr. Waliski's pay has been incorrect from the beginning.

4

As a 1st year fellow she should have been paid: $43,039

As a 2nd year fellow she should have been paid: $44,522

As a 3rd year fellow she should have be paid: $46,806

She has been paid $42k over the past 3 years.

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Wednesday, February 01, 2012 11:09 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Hi Kristin,

As a 2nd year fellow (Psychology Post Doc Yr 2) she should have been paid: $44,522

As a 3rd year fellow (Psychology Post Doc Yr 3) she should have be paid: $46,806; as a

Thanks, Debbie

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 7:54 AM
**To:** Ludke, Deborah
**Subject:** RE: stipend pay for Angie Waliski

Me again. ☺ We are also questioning our HR regarding another fellow's pay: Angela Waliski. She a 3rd year polytramua fellow. Her first year appointment letter lists $43,039 as salary. What should have been her 2nd year stipend and 3rd year? Thanks!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Tuesday, January 24, 2012 4:09 PM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Joy Pemberton

Hi Kristin,

It should be as follows:

2/1/11-1/31/12  $44,522
2/1/12-1/31/13  $46,806

Just let me know if you should have any other questions.

Thanks, Debbie

---

**From:** Ward, Kristin A.
**Sent:** Tuesday, January 24, 2012 11:54 AM
**To:** Ludke, Deborah
**Subject:** stipend pay for Joy Pemberton

Good Afternoon Debbie:

I emailed you a bit back asking about stipend increase pay for some of our research fellows. I've been working with HR and came across something I need to run by you regarding Dr. Pemberton's stipend. Joy came on-board with us a bit late in the year, February 2010. According to her appt letter her salary was listed as $41,070 which is the 2009 pay, which make sense. I would base her 2nd year salary as $43,039 based on the 2009 pay, correct? I ask as the 2010 stipend for 2nd year is $43,666. I am not certain on what number to use. I would think I should base her 3rd year pay according to 2011 which is $46, 806.

To summarize, what should have been Joy's stipend between February 1, 2011 – 2012 and what should it be starting February 1, 2012 – 2013. Sorry to bother you with this but I want to make sure we have it right. Thank you!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Waliski, Angie D. |
| **Sent:** | Wednesday, February 22, 2012 1:23 PM |
| **To:** | Waliski, Angie D.; Kirchner, JoAnn |
| **Subject:** | FW: stipend pay for Angie Waliski |

BYW – here is the original response I sent this morning

**From:** Waliski, Angie D.
**Sent:** Wednesday, February 22, 2012 9:05 AM
**To:** Cooksey, Jason A.; Ernst, Elizabeth; Hughes, Anita F
**Cc:** Ward, Kristin A.; Kirchner, JoAnn; Owen, Richard R
**Subject:** RE: stipend pay for Angie Waliski

NO----- I need someone to listen to me that I have been paying into TSP $155 a month for over two years and 2,793 is not going to do it. I do not accept that this is complete reimbursement – I want a full audit and I want it in writing.

If Jason would have waited to talk to me as requested he would have known this.

Now- who else do I need to cc on this email because I will follow this myself if the VA wants to pay me to spend my time doing it as they have been for months.

**From:** Cooksey, Jason A.
**Sent:** Wednesday, February 22, 2012 8:53 AM
**To:** Ernst, Elizabeth; Hughes, Anita F
**Cc:** Ward, Kristin A.; Waliski, Angie D.
**Subject:** RE: stipend pay for Angie Waliski

Good Morning Ladies,

I just spoke with Jacinda.  She clarified the extra $2,000+ in Angie's last check was for retroactive payback of benefits (TSP, Retirement, etc.) that should not have been paid, given Angie was not eligible for them.

Let me know if I can help on the Salary portion of this issue.

Thanks

*Jason Cooksey*
Budget Analyst
South Central (VISN 16) MIRECC
Phone: 501-257-1741
Fax: 501-257-1718
Email: jason.cooksey@va.gov

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 3:35 PM
**To:** Morgan, Nancy A.; Ward, Kristin A.; Waliski, Angie D.
**Cc:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Beth, we can print all of her 50s and review them. After we learn what she has been paid for, from Jacinda, we can determine if there is anything else that should be coming.

---

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 3:33 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

The audit has not been answered. So I believe that they are still working on this. I would have Angie call and talk with Jacinda Summers at payroll to find out what the 2000+ was for. I cannot see payroll issues at all. As for her salary, Beth will have to address this as the specialist. As far as I am concerned the audit is still on going.

*Nancy A. Morgan*
**Nancy A. Morgan**
P&R Assistant
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
**Phone:** (501) 257-1762  **Fax:** (501) 257-1774
**How was your HR service today?  Please take a few moments to complete the HR Customer Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



---

**From:** Ward, Kristin A.
**Sent:** Friday, February 17, 2012 3:27 PM
**To:** Morgan, Nancy A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

She should be expecting somewhere between $10,000-$14,000 back. There are 2 main issues: 1) her pay has been incorrect for the past 3 years (salary should increase about $2k each year) and 2) retirement has been taken out of her pay for the past 3 year (at $4,000 per year). She has only received around $3,500 back. I thought the audit that was requested would identify all of the mishandlings of Dr. Waliski's pay.   What is the next step?

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 2:50 PM
**To:** Waliski, Angie D.



**From:** Ward, Kristin A.
**Sent:** Friday, February 17, 2012 3:27 PM
**To:** Morgan, Nancy A.; Waliski, Angie D.
**Cc:** Hughes, Anita F; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

She should be expecting somewhere between $10,000-$14,000 back.  There are 2 main issues: 1) her pay has been incorrect for the past 3 years (salary should increase about $2k each year) and 2) retirement has been taken out of her pay for the past 3 year (at $4,000 per year).  She has only received around $3,500 back.  I thought the audit that was requested would identify all of the mishandlings of Dr. Waliski's pay.   What is the next step?

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

**From:** Morgan, Nancy A.
**Sent:** Friday, February 17, 2012 2:50 PM
**To:** Waliski, Angie D.
**Cc:** Hughes, Anita F; Ward, Kristin A.; Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Yes, this is all her monies.  She has received all that was due her.  Thanks!

*Nancy A. Morgan*

**Nancy A. Morgan**
P&R Assistant
*CAVHS, Bldg 37*
*2200 Fort Roots Drive*
*North Little Rock, Arkansas 72114*
**Phone:  (501) 257-1762   Fax:  (501) 257-1774**
**How was your HR service today?  Please take a few moments to complete the HR Customer Service Quick Card at this link:** http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx
**RETIRED AIR FORCE MASTER SERGEANT**



**From:** Ernst, Elizabeth
**Sent:** Friday, February 17, 2012 8:57 AM
**To:** Morgan, Nancy A.
**Cc:** Hughes, Anita F; Ward, Kristin A.
**Subject:** FW: stipend pay for Angie Waliski

Nancy – Can you check this?

---

**From:** Hughes, Anita F
**Sent:** Friday, February 17, 2012 7:53 AM
**To:** Ernst, Elizabeth
**Cc:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

It should be the result of the audit.  Ask Nancy if she can check to see.  If she can't then we can call payroll.

---

**From:** Ernst, Elizabeth
**Sent:** Friday, February 17, 2012 7:41 AM
**To:** Hughes, Anita F
**Cc:** Ward, Kristin A.
**Subject:** FW: stipend pay for Angie Waliski

Could this be the result of the audit?  Should we have Dr. Waliski contact fiscal regarding the extra money in her check?

---

**From:** Ward, Kristin A.
**Sent:** Thursday, February 16, 2012 9:53 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Good morning,

Angie tells me she sees $3261 in her check tomorrow.  Her usual pay it $1152.12 so the $2108.88 extra is from what pot of money?

---

**From:** Ernst, Elizabeth
**Sent:** Tuesday, February 14, 2012 11:02 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Followed up on Friday but no answer as to status yet.

---

**From:** Ward, Kristin A.
**Sent:** Tuesday, February 14, 2012 10:48 AM
**To:** Ernst, Elizabeth
**Subject:** RE: stipend pay for Angie Waliski

Following up on where things are.  Thank you, Kristin

---

**From:** Ward, Kristin A.
**Sent:** Friday, February 10, 2012 10:39 AM
**To:** Ernst, Elizabeth
**Subject:** FW: stipend pay for Angie Waliski

Good Morning Beth,

Could you please update me with where things stand?  Anita mentioned seeing it in the system by the middle of this week.  Thanks, k

---

**From:** Hughes, Anita F
**Sent:** Wednesday, February 01, 2012 4:58 PM
**To:** Ward, Kristin A.; Waliski, Angie D.
**Cc:** Pettit, Stephen G; Ernst, Elizabeth; Morgan, Nancy A.
**Subject:** RE: stipend pay for Angie Waliski

Dr. Waliski/Kristin

We requested a pay audit for you today.  What is currently in the PAID system appears to be correct; however, we asked DFAS to ensure that you have been paid all monies due you.  They will conduct the audit from 9/27/2009 to the present time.  Please call if you have any questions.  Thanks.

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 11:49 AM
**To:** Ernst, Elizabeth
**Cc:** Hughes, Anita F; Pettit, Stephen G
**Subject:** FW: stipend pay for Angie Waliski

Dr. Waliski's pay has been incorrect from the beginning.

As a 1st year fellow she should have been paid: $43,039

As a 2nd year fellow she should have been paid: $44,522

As a 3rd year fellow she should have be paid: $46,806

She has been paid $42k over the past 3 years.

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Wednesday, February 01, 2012 11:09 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Hi Kristin,

As a 2nd year fellow (Psychology Post Doc Yr 2) she should have been paid: $44,522

As a 3rd year fellow (Psychology Post Doc Yr 3) she should have be paid: $46,806; as a

Thanks, Debbie

4

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 7:54 AM
**To:** Ludke, Deborah
**Subject:** RE: stipend pay for Angie Waliski

Me again. ☺ We are also questioning our HR regarding another fellow's pay: Angela Waliski. She a 3rd year polytramua fellow. Her first year appointment letter lists $43,039 as salary. What should have been her 2nd year stipend and 3rd year? Thanks!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

**From:** Ludke, Deborah
**Sent:** Tuesday, January 24, 2012 4:09 PM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Joy Pemberton

Hi Kristin,

It should be as follows:

2/1/11-1/31/12  $44,522
2/1/12-1/31/13  $46,806

Just let me know if you should have any other questions.

Thanks, Debbie

**From:** Ward, Kristin A.
**Sent:** Tuesday, January 24, 2012 11:54 AM
**To:** Ludke, Deborah
**Subject:** stipend pay for Joy Pemberton

Good Afternoon Debbie:

I emailed you a bit back asking about stipend increase pay for some of our research fellows. I've been working with HR and came across something I need to run by you regarding Dr. Pemberton's stipend. Joy came on-board with us a bit late in the year, February 2010. According to her appt letter her salary was listed as $41,070 which is the 2009 pay, which make sense. I would base her 2nd year salary as $43,039 based on the 2009 pay, correct? I ask as the 2010 stipend for 2nd year is $43,666. I am not certain on what number to use. I would think I should base her 3rd year pay according to 2011 which is $46, 806.

To summarize, what should have been Joy's stipend between February 1, 2011 – 2012 and what should it be starting February 1, 2012 – 2013.  Sorry to bother you with this but I want to make sure we have it right.  Thank you!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Hughes, Anita F |
| **Sent:** | Wednesday, February 01, 2012 4:58 PM |
| **To:** | Ward, Kristin A.; Waliski, Angie D. |
| **Cc:** | Pettit, Stephen G; Ernst, Elizabeth; Morgan, Nancy A. |
| **Subject:** | RE: stipend pay for Angie Waliski |

Dr. Waliski/Kristin

We requested a pay audit for you today.  What is currently in the PAID system appears to be correct; however, we asked DFAS to ensure that you have been paid all monies due you.  They will conduct the audit from 9/27/2009 to the present time.  Please call if you have any questions.  Thanks.

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 11:49 AM
**To:** Ernst, Elizabeth
**Cc:** Hughes, Anita F; Pettit, Stephen G
**Subject:** FW: stipend pay for Angie Waliski

Dr. Waliski's pay has been incorrect from the beginning.

As a 1st year fellow she should have been paid: $43,039

As a 2nd year fellow she should have been paid: $44,522

As a 3rd year fellow she should have be paid: $46,806

She has been paid $42k over the past 3 years.

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

**From:** Ludke, Deborah
**Sent:** Wednesday, February 01, 2012 11:09 AM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Angie Waliski

Hi Kristin,

As a 2nd year fellow (Psychology Post Doc Yr 2) she should have been paid: $44,522

As a 3rd year fellow (Psychology Post Doc Yr 3) she should have be paid: $46,806; as a

Thanks, Debbie

**From:** Ward, Kristin A.
**Sent:** Wednesday, February 01, 2012 7:54 AM
**To:** Ludke, Deborah
**Subject:** RE: stipend pay for Angie Waliski

Me again. ☺  We are also questioning our HR regarding another fellow's pay: Angela Waliski.  She a 3rd year polytramua fellow.  Her first year appointment letter lists $43,039 as salary.  What should have been her 2nd year stipend and 3rd year?  Thanks!

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

---

**From:** Ludke, Deborah
**Sent:** Tuesday, January 24, 2012 4:09 PM
**To:** Ward, Kristin A.
**Subject:** RE: stipend pay for Joy Pemberton

Hi Kristin,

It should be as follows:

2/1/11-1/31/12 $44,522
2/1/12-1/31/13 $46,806

Just let me know if you should have any other questions.

Thanks, Debbie

---

**From:** Ward, Kristin A.
**Sent:** Tuesday, January 24, 2012 11:54 AM
**To:** Ludke, Deborah
**Subject:** stipend pay for Joy Pemberton

Good Afternoon Debbie:

I emailed you a bit back asking about stipend increase pay for some of our research fellows.  I've been working with HR and came across something I need to run by you regarding Dr. Pemberton's stipend.  Joy came on-board with us a bit late in the year, February 2010.  According to her appt letter her salary was listed as $41,070 which is the 2009 pay, which make sense.  I would base her 2nd year salary as $43,039 based on the 2009 pay, correct?  I ask as the 2010 stipend for 2nd year is $43,666.  I am not certain on what number to use.  I would think I should base her 3rd year pay according to 2011 which is $46, 806.

To summarize, what should have been Joy's stipend between February 1, 2011 – 2012 and what should it be starting February 1, 2012 – 2013.  Sorry to bother you with this but I want to make sure we have it right.  Thank you!

2

*Kristin Ward*
Health Science Specialist
SC Mental Illness Research, Education & Clinical Center
2200 Fort Roots
Building 58; 16MIR/NLR
North Little Rock, AR 72114
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

## RE: Backpay Issues

Ward, Kristin A. [Kristin.Ward2@va.gov]

**Sent:** Wednesday, February 22, 2012 10:37 AM
**To:**   Waliski, Angie D

Appreciate you taking the time to write this up for me.

---

**From:** Waliski, Angie D [mailto:ADWaliski@uams.edu]
**Sent:** Wednesday, February 22, 2012 10:18 AM
**To:** Ward, Kristin A.
**Subject:** Backpay Issues

Kristin,

I appreciate you trying to help me explain to Jason Cooksey the fact that he did not talk to me about my pay issues prior to responding to Payroll/HR. My concern is that although I heard you tell him it was his responsibility to get involved and follow up on this so that I was not spending time doing so, he indicted several times that he did not know what he could do about it. Specifically he indicated it is "her pay and something she should follow-up on" and that "it seems to me if they are handling it we just let them do it" even though you explained to him it has been months with promises of correction with no resolution. You repeated this three times before he finally agreed to look into it.

In addition, I did not appreciate a member of your staff repeatedly telling me that I should have been more aware of my pay stub and followed this closer three years ago. After he stated it the first time--I admitted my mistake. He continued to identify my errors even after you said that it was irrelevant at this point. For that reason, I am not sure that Jason is the best choice in looking out for my best interest in this matter.  Please contact me if I have made inaccurate observations of our interaction or have any questions about my concerns.

Angie

*Angie Waliski*, PhD, LPC, NCC
Polytrauma Post Doctoral Fellow
Central Arkansas Veterans Health System
Mental Illness Research Education and Clinical Center
University of Arkansas for Medical Sciences
adwaliski@uams.edu
501-257-1728

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message..

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Ward, Kristin A. |
| **Sent:** | Wednesday, January 18, 2012 8:55 AM |
| **To:** | Summers, Jacinda |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | FW: left you a message.... |

Hi Jacinda,

I sure hope you can help us.  Not sure how much you are aware of what has happened to Dr. Walski's pay as she has been working with HR.  Let me give you some background information...She is a fellow here at CAVHS and as a fellow she is given a small stipend every year (about $2k). Her salary comes to CAVHS from the Office of Academic Affiliations.  Also as a fellow, she is not granted retirement.  We have 3 main issues: 1) we realized she was not receiving her stipend increase so we completed the necessary paperwork and submitted to HR.  2) During this time we realized CAVHS has been taking TSP and FURS out of her check for the past 2 plus years.  We are being told that the back pay (over the past few months) and TSP/FURS (over the past few months) for Dr. Walski has been taken care of by fiscal, but when you look at the numbers they just do not add up.  It seems it is either the back pay OR TSP/FURS that has been added to her pay. 3) The other critical issue that must be resolved is reimbursing her the $8-$10,000 for the amount removed from pay since her start date of September 27, 2009.  We look forward to hearing back from you on how to best resolve these issues.

Thank you,
Kristin

*Kristin Ward*
Health Science Specialist
South Central (VISN 16) MIRECC
Phone: 501-257-1236
Fax: 501-257-1718
Email: kristin.ward2@va.gov

**From:** Ward, Kristin A.
**Sent:** Tuesday, January 17, 2012 3:14 PM
**To:** Waliski, Angie D.
**Subject:** FW: left you a message....

No need for you go with me on Thursday.  You should contact fiscal (Jacinda Summers) as Beth recommends.

**From:** Ernst, Elizabeth
**Sent:** Tuesday, January 17, 2012 3:10 PM
**To:** Ward, Kristin A.
**Subject:** RE: left you a message....

I have been informed that Dr. Waliski's back pay issue has been resolved. Steve said the TSP issue had been resolved and Fiscal said the back pay issue had been resolved.  I sent this information in other e-mails.  If she has questions, she should contact Jacinda Summers in payroll.

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Ward, Kristin A. |
| **Sent:** | Wednesday, January 18, 2012 9:36 AM |
| **To:** | Summers, Jacinda |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | RE: left you a message.... |

Thank you for your response....we will now take the "ball" back over to HR.  Angie, plan on coming with me tomorrow when I meet with Beth at 10AM.

---

**From:** Summers, Jacinda
**Sent:** Wednesday, January 18, 2012 9:06 AM
**To:** Ward, Kristin A.
**Cc:** Waliski, Angie D.
**Subject:** RE: left you a message....

Ms. Ward and Ms. Waliski,
I have sent a message to HRMS (Beth Ernst & Steve Pettit) to have them research this issue and submit a remedy ticket to DFAS for an audit on this error as they are the ones that coded the information and if anything else needs to be done they will be the ones handling this or any other information that DFAS request they will have the records as we don't have the coding records in our office. In this case, we are only the middle person here in the local payroll office and since HRMS coded everything and all we did release the actions and DFAS actually paid out or deducted they are the ones that need to be talking to each other about this issue. If you have any further questions, please contact Ms. Ernst in HRMS and once they submit a remedy ticket they should be able to provide you with the ticket # and how long DFAS has to work the ticket.

Thank you.

*Jacinda Summers*
*Supervisor, Payroll*
*501-257-1362-phone*
*501-257-1311-fax*

*Once a task has begun, never leave it till it's done. Be the labor great or small, do it well or not at all.*

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, January 18, 2012 8:55 AM
**To:** Summers, Jacinda
**Cc:** Waliski, Angie D.
**Subject:** FW: left you a message....

Hi Jacinda,

I sure hope you can help us.  Not sure how much you are aware of what has happened to Dr. Walski's pay as she has been working with HR.  Let me give you some background information...She is a fellow here at CAVHS and as a fellow she is given a small stipend every year (about $2k). Her salary comes to CAVHS from the Office of Academic Affiliations. Also as a fellow, she is not granted retirement.  We have 3 main issues: 1) we realized she was not receiving her stipend increase so we completed the necessary paperwork and submitted to HR. 2) During this time we realized CAVHS has been taking TSP and FURS out of her check for the past 2 plus years. We are being told that the back pay (over the past few months) and TSP/FURS (over the past few months) for Dr. Walski has been taken care of by fiscal, but when you look

1

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Summers, Jacinda |
| **Sent:** | Wednesday, January 18, 2012 9:06 AM |
| **To:** | Ward, Kristin A. |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | RE: left you a message.... |

Ms. Ward and Ms. Waliski,
I have sent a message to HRMS (Beth Ernst & Steve Pettit) to have them research this issue and submit a remedy ticket to DFAS for an audit on this error as they are the ones that coded the information and if anything else needs to be done they will be the ones handling this or any other information that DFAS request they will have the records as we don't have the coding records in our office. In this case, we are only the middle person here in the local payroll office and since HRMS coded everything and all we did release the actions and DFAS actually paid out or deducted they are the ones that need to be talking to each other about this issue. If you have any further questions, please contact Ms. Ernst in HRMS and once they submit a remedy ticket they should be able to provide you with the ticket # and how long DFAS has to work the ticket.

Thank you.

*Jacinda Summers*
*Supervisor, Payroll*
*501-257-1362-phone*
*501-257-1311-fax*

*Once a task has begun, never leave it till it's done. Be the labor great or small, do it well or not at all.*

---

**From:** Ward, Kristin A.
**Sent:** Wednesday, January 18, 2012 8:55 AM
**To:** Summers, Jacinda
**Cc:** Waliski, Angie D.
**Subject:** FW: left you a message....

Hi Jacinda,

I sure hope you can help us.  Not sure how much you are aware of what has happened to Dr. Walski's pay as she has been working with HR.  Let me give you some background information...She is a fellow here at CAVHS and as a fellow she is given a small stipend every year (about $2k). Her salary comes to CAVHS from the Office of Academic Affiliations.  Also as a fellow, she is not granted retirement.  We have 3 main issues: 1) we realized she was not receiving her stipend increase so we completed the necessary paperwork and submitted to HR.  2) During this time we realized CAVHS has been taking TSP and FURS out of her check for the past 2 plus years.  We are being told that the back pay (over the past few months) and TSP/FURS (over the past few months) for Dr. Walski has been taken care of by fiscal, but when you look at the numbers they just do not add up.  It seems it is either the back pay OR TSP/FURS that has been added to her pay. 3) The other critical issue that must be resolved is reimbursing her the $8-$10,000 for the amount removed from pay since her start date of September 27, 2009.  We look forward to hearing back from you on how to best resolve these issues.

Thank you,
Kristin

*Kristin Ward*

1

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Gilmore, LaNissa |
| **Sent:** | Tuesday, January 17, 2012 11:19 AM |
| **To:** | Waliski, Angie D. |
| **Subject:** | RE: Tables 3 to 6 Fellow Info.docx |

Thanks!

Also, please give me a call when you get a chance to discuss where things stand regarding TSP, etc.  Kristin asked me to follow-up with you b/c she is meeting with our new rep – Beth – on Thursday at 10:00 and wants to make sure she has the facts straight.  It would also be helpful if you could join her at the meeting.

If for some reason I'm not at my desk, please call my cell at 551-5981.

Thanks!
LG

*LaNissa Y. Gilmore, M.H.A., C.R.S.*
Research Health Specialist
Central AR Veteran's Healthcare System
HSR&D
2200 Fort Roots Dr., Bldg. 58
Slot 152/NLR
North Little Rock, AR  72114
501-257-1230
501-257-1707 fax
email - gilmorelanissay@uams.edu
         LaNissa.Gilmore@va.gov

---

**From:** Waliski, Angie D.
**Sent:** Tuesday, January 17, 2012 8:29 AM
**To:** Gilmore, LaNissa
**Subject:** RE: Tables 3 to 6 Fellow Info.docx

Here ya go

---

**From:** Gilmore, LaNissa
**Sent:** Friday, January 13, 2012 2:09 PM
**To:** Drossel, Claudia; Waliski, Angie D.
**Cc:** Ward, Kristin A.
**Subject:** FW: Tables 3 to 6 Fellow Info.docx

Hi Claudia and Angie,
Please complete the attached tables and return to me before Tuesday at 10:00, if at all possible.  Some of the other fellows simply typed their names in the boxes that applied to them, so hopefully it won't be too time consuming for you.

Thanks so much!
LaNissa

*LaNissa Y. Gilmore, M.H.A., C.R.S.*
Research Health Specialist
Central AR Veteran's Healthcare System

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Ward, Kristin A. |
| **Sent:** | Tuesday, January 17, 2012 3:14 PM |
| **To:** | Waliski, Angie D. |
| **Subject:** | FW: left you a message.... |

No need for you go with me on Thursday.  You should contact fiscal (Jacinda Summers) as Beth recommends.

---

**From:** Ernst, Elizabeth
**Sent:** Tuesday, January 17, 2012 3:10 PM
**To:** Ward, Kristin A.
**Subject:** RE: left you a message....

I have been informed that Dr. Waliski's back pay issue has been resolved. Steve said the TSP issue had been resolved and Fiscal said the back pay issue had been resolved.  I sent this information in other e-mails.  If she has questions, she should contact Jacinda Summers in payroll.

**Waliski, Angie D.**

| | |
|---|---|
| **From:** | Ernst, Elizabeth |
| **Sent:** | Thursday, January 12, 2012 9:01 AM |
| **To:** | Ward, Kristin A. |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | FW: Waliski - MIRECC |

After researching this pay issue, Fiscal has determined the back pay for Dr. Waliski has already been paid.

The check for PP 23, received on Nov 23, 2011, included the full back pay amount of $250.80.  The breakdown is as follows –

PP20 - $74.80 back pay due
PP 21 - $88.00 back pay due
PP 22 - $88.00 back pay due

If there are other questions concerning the back pay, please contact Jacinda Summers in Fiscal.

---

**From:** Ernst, Elizabeth
**Sent:** Tuesday, January 10, 2012 10:10 AM
**To:** Ward, Kristin A.
**Cc:** Waliski, Angie D.; Pettit, Stephen G; Ernst, Elizabeth
**Subject:** FW: Waliski - MIRECC

Kristin,

I just spoke with Steve Pettit on these two pay issues.

He said the TSP reimbursement should have been in Dr. Waliski's last check.  From your comment below, I see you are saying this did not happen.

Steve said there was a separate remedy ticket submitted for the back pay issue.  They take 10 work days to process, so I will follow up on the remedy ticket.

Steve,

What should we do on the TSP issue?

---

**From:** Ward, Kristin A.
**Sent:** Monday, January 09, 2012 10:08 AM
**To:** Ernst, Elizabeth
**Subject:** RE: Waliski - MIRECC

Hi Beth,

I just met with Angie. She hasn't been paid the retro back pay or on her TSP reimbursement. Totally estimated amount is $10k so you can understand her frustration.  Would you be able to meet with the two of us?  We can come to you or you to building 58.  Whichever is easiest.  Have you all moved to 170 yet?

1

## · Waliski, Angie D.

| | |
|---|---|
| **From:** | Waliski, Angie D. |
| **Sent:** | Tuesday, January 03, 2012 7:59 AM |
| **To:** | Waliski, Angie D.; Pettit, Stephen G |
| **Cc:** | Kirchner, JoAnn; Suarez, Rafael A; 'LaNissa Gilmore'; Ward, Kristin A. |
| **Subject:** | RE: update on the TSP payback |

Steve,

I just wanted to check back with you about the correction in my pay. I have still never received anything in writing that I was not eligible for retirements, when it was changed, and what steps have been taken. I had first requested this in October from Troy. Let me know what you have found out. Thanks, Angie

---

**From:** Waliski, Angie D.
**Sent:** Friday, December 16, 2011 4:28 PM
**To:** Pettit, Stephen G
**Cc:** Kirchner, JoAnn; Suarez, Rafael A; 'LaNissa Gilmore'; Waliski, Angie D.
**Subject:** update on the TSP payback

Steve,
Thanks for calling me back. Just to make sure I have this correct. You are still working on the TSP/FERS payback where I have been paying in $155+ for the past 2+ years. You are also looking into the back-pay from where I was supposed to get the increase in fellowship pay at the beginning of my third year. We also know that this MAY cause problems with next year's W2 form when I get the $8,000 or so that will be paid to me.

About right?

Thank you and please keep me informed.

Angie Waliski, PhD, LPC, NCC
Polytrauma Post-Doctoral Fellow
Mental Illness Research and Clinical Center
Central Arkansas Veterans Healthcare System
University of Arkansas for Medical Sciences
adwaliski@uams.edu

Exhibit B

**Cassandra Harper**

| | |
|---|---|
| **From:** | Pettit, Stephen G <Steve.Pettit@va.gov> |
| **Sent:** | Monday, December 23, 2013 2:30 PM |
| **To:** | Cassandra Harper; Thomas.McNabb@mail.house.gov |
| **Cc:** | Waliski, Angie D. |
| **Subject:** | RE: Angie Waliski GS Level and TSP |

I apologize for the delay in responding, but needed to make sure that I had all information:

The increase in pay to GS-12 has been resolved, and she should have received all back pay from that increase on her last pay check (12/20/13). The corrections for her retirement contributions have been made to show that she is eligible to participate in the Thrift Savings Plan (TSP) and in the Federal Employees Retirement System (FERS), but the resolution of past payments that she made to these plans while not eligible is still being resolved.

There is no question as to whether or not Dr. Waliski is entitled to participate in the retirement plans, she is; rather, it has been an issue of getting all actions corrected back to her original appointment and having those corrected actions flow through all systems (VA's PAID system, DFAS' DCPS system, OPM's FERS and TSP account) up to the present date. Last pay period shows her at the correct step, with the correct effective date, eligible for TSP, and covered under FERS, but there are previous time periods that are continuing to show as not being covered by retirement that we are continuing to work with DFAS to resolve.

Dr. Waliski has waited patiently for quite some time to have all of this resolved, which occurred through no fault of her own, and we are trying to resolve these issues to ensure that she is properly accounted for in all systems. I have enlisted additional aid in making these corrections and in seeing the most recent success from this past pay period, I am confident that they will resolve all issues within the next few pay periods. The remaining actions should process through all systems, by the end of next pay period (12/10/13). It is my hope that this will mark the end of all these corrections, and a successful resolution to the issues faced by Dr. Waliski with her retirement. We will be asking Dr. Waliski for some updated retirement paperwork in the coming few weeks, which will be the final step in this long process of corrections.

We realize this has been a frustrating time, but if you can bear with us for one more pay period, I think that you will be pleased to see that it will all be resolved.

**Stephen Pettit**
Supervisory Human Resources Specialist
Human Resources Management Service
Central Arkansas Veterans Healthcare System
Work:  501-257-1431
Pager:  1339
Fax:    501-257-1774

**How was your HR service today?** Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, and destroy the original message and all copies.

Exhibit C

## Waliski, Angie D.

| | |
|---|---|
| **From:** | Pettit, Stephen G |
| **Sent:** | Thursday, February 20, 2014 1:49 PM |
| **To:** | Nelson, Richard C.; Owen, Richard R |
| **Cc:** | Vaught, Heather M.; Ward, Kristin A.; Hudson, Teresa J.; Suarez, Rafael A; Waliski, Angie D. |
| **Subject:** | RE: Retirement Enrollment |

We have made a lot of recent coding changes to continue the attempt to get all of Dr. Waliski' s retirement changes up to date; however, the system automatically reverted her retirement system back to FICA again last pay period and we are investigating the reason for this. The person that is coding all of the actions and following up on the retirement changes has been out sick, but I expect her back in by Monday. She can give me a more detailed explanation of the events currently taking place and another estimate on time of completion of needed changes. We can provide a better follow-up as soon as she returns from leave.

**From:** Nelson, Richard C.
**Sent:** Thursday, February 20, 2014 9:11 AM
**To:** Owen, Richard R
**Cc:** Pettit, Stephen G; Vaught, Heather M.; Ward, Kristin A.; Hudson, Teresa J.; Suarez, Rafael A; Waliski, Angie D.
**Subject:** RE: Retirement Enrollment

Rick:

I will discuss with Steve today and provide an update ASAP. Thanks for the follow-up.

Rick

## Richard C. Nelson
**Chief, Human Resources Management Services**
**Central Arkansas Veterans Healthcare System**
**North Little Rock, AR 72114-1707**

**501-257-1898 Office**
**501-626-7321 Blackberry**
**501-257-1779 Fax**

Confidentiality Note: This email constitutes guidance, advice, counsel, or training provided for management officials or supervisors, relating to collective bargaining and is not subject to disclosure under 5 U.S.C. 7114. Additionally, the content of the email may contain other information that is confidential. This e-mail is also intended only for the person(s) to whom it is addressed. Copying or distribution of this e-mail or the information it contains by anyone other than the intended recipient for official business is prohibited. If you have received this e-mail in error, please reply to the sender and destroy the original message and all copies.



**VA HEALTH CARE** | Defining **EXCELLENCE** in the 21st Century

**How was your HR service today?** Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

**From:** Owen, Richard R
**Sent:** Thursday, February 20, 2014 9:04 AM
**To:** Nelson, Richard C.
**Cc:** Pettit, Stephen G; Vaught, Heather M.; Ward, Kristin A.; Hudson, Teresa J.; Suarez, Rafael A; Waliski, Angie D.
**Subject:** RE: Retirement Enrollment
**Importance:** High

Rick,

Do you have a status report yet about Dr. Waliski's inability to enroll in TSP?

Have you had any discussions with CAVHS leadership about this?  As far as I can recall, I haven't briefed Margie Scott about it, but plan to do so unless you've already informed them.

Thanks for your help,
Rick

Richard R. Owen, MD
Associate Chief of Staff for Research
Director, Center for Mental Healthcare & Outcomes Research
Central Arkansas Veterans Healthcare System (152/NLR)
4300 W. 7th Street
Little Rock, AR 72205
Phone:  (501) 257-1710 or 257-4802
Fax:     (501) 257-1707

**From:** Nelson, Richard C.
**Sent:** Friday, February 07, 2014 11:53 AM
**To:** Waliski, Angie D.
**Cc:** 'adwaliski@uams.edu'; Pettit, Stephen G; 'Cassandra Harper'; 'Thomas.McNabb@mail.house.gov'; Vaught, Heather M.; 'james@jwstanleylaw.com'; Ward, Kristin A.; Owen, Richard R; Hudson, Teresa J.; Suarez, Rafael A
**Subject:** RE: Retirement Enrollment

Ms. Waliski:

Thank you for the email below.  I will have Mr. Pettit brief me on where we are in correcting the issues you have identified.  A status report will be provided to you early next week.

Richard Nelson

**Richard C. Nelson**
**Chief, Human Resources Management Services**
**Central Arkansas Veterans Healthcare System**
**North Little Rock, AR 72114-1707**

**501-257-1898  Office**
**501-626-7321  Blackberry**
**501-257-1779  Fax**

Confidentiality Note: This email constitutes guidance, advice, counsel, or training provided for management officials or supervisors, relating to collective bargaining and is not subject to disclosure under 5 U.S.C. 7114.  Additionally, the content of the email may contain other information that is confidential.  This e-mail is also intended only for the person(s) to whom it is addressed.  Copying or distribution of this e-mail or the information it contains by anyone other than the

intended recipient for official business is prohibited.  If you have received this e-mail in error, please reply to the sender and destroy the original message and all copies.



**How was your HR service today?**  Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

**From:** Waliski, Angie D.
**Sent:** Friday, February 07, 2014 10:51 AM
**To:** Nelson, Richard C.
**Cc:** 'adwaliski@uams.edu'; Pettit, Stephen G; 'Cassandra Harper'; 'Thomas.McNabb@mail.house.gov'; Vaught, Heather M.; james@jwstanleylaw.com; Nelson, Richard C.; Ward, Kristin A.; Owen, Richard R; Hudson, Teresa J.; Suarez, Rafael A
**Subject:** Retirement Enrollment

Mr. Nelson,

Just to remind you. I am Dr. Angie Waliski. I work in building 58 of at North the Little Rock campus of CAVHS. I have worked for CAVHS since 2009. Since 2009 there have been errors in my pay and then retirement status. By the end of 2013, HR was finally able to get my pay grade and salary correctly paid to me. But after almost 5 years of confusion and being miscoded in the computer system,  I am still not eligible for and not cannot log on to myPay to enroll in retirement as a full time employee has the right to do.

For over three years, I have tried to work with Steve Pettit to correct this error. As in the emails below and numerous more I have in my files, I have been promised over and over this will be fixed. As of today February 7, 2014. I still cannot enroll for retirement. Additionally, in the email below dated December 23, 2013, Mr. Pettit indicates that I will be contacted to update HR retirement paperwork. I have not yet been contacted by anyone CAVHS HR or by Mr. Pettit on this matter.

I have the right to enroll in, contribute to, and receive retirement benefits as  every other full time employee. I have spent countless hours for numerous years to secure this right. I feel that I have been fair in trying to work with this system, with HR and with Mr. Steve Pettit.

Angie Waliski

**From:** Pettit, Stephen G
**Sent:** Monday, January 06, 2014 12:13 PM
**To:** Waliski, Angie D.; 'Cassandra Harper'; 'Thomas.McNabb@mail.house.gov'
**Cc:** 'adwaliski@uams.edu'
**Subject:** RE: Angie Waliski GS Level and TSP

My apologies for misspeaking on the GS level. You are correct, I should have been more attentive in my email.  Your coding is correct using the proper GS level of 13, it was a typo on my part.
Through all the corrections that were made to restore your TSP and FERS accounts, these should show through DFAS (and MyPay) by the end of this week and can then get a better idea from OPM on how your past contributions, account balance, etc. will be handled.

**From:** Waliski, Angie D.
**Sent:** Monday, January 06, 2014 10:52 AM

**To:** Pettit, Stephen G; 'Cassandra Harper'; 'Thomas.McNabb@mail.house.gov'
**Cc:** adwaliski@uams.edu
**Subject:** RE: Angie Waliski GS Level and TSP

I appreciate the progress made, but I need to clarify again for Mr. Pettit that I am a GS-13 not a GS-12. I do not see a problem on any of my paperwork that he has mistakenly used GS-12 but I feel that this inattentiveness to detail has caused this problem over the past three years. Also, as of today, when I enter MyPay account it still says that I am ineligible for TSP. If I am doing something wrong please let me know because I want to set this up ASAP.

Angie

**From:** Pettit, Stephen G
**Sent:** Monday, December 23, 2013 2:30 PM
**To:** Cassandra Harper; Thomas.McNabb@mail.house.gov
**Cc:** Waliski, Angie D.
**Subject:** RE: Angie Waliski GS Level and TSP

I apologize for the delay in responding, but needed to make sure that I had all information:

The increase in pay to GS-12 has been resolved, and she should have received all back pay from that increase on her last pay check (12/20/13). The corrections for her retirement contributions have been made to show that she is eligible to participate in the Thrift Savings Plan (TSP) and in the Federal Employees Retirement System (FERS), but the resolution of past payments that she made to these plans while not eligible is still being resolved.

There is no question as to whether or not Dr. Waliski is entitled to participate in the retirement plans, she is; rather, it has been an issue of getting all actions corrected back to her original appointment and having those corrected actions flow through all systems (VA's PAID system, DFAS' DCPS system, OPM's FERS and TSP account) up to the present date. Last pay period shows her at the correct step, with the correct effective date, eligible for TSP, and covered under FERS, but there are previous time periods that are continuing to show as not being covered by retirement that we are continuing to work with DFAS to resolve.

Dr. Waliski has waited patiently for quite some time to have all of this resolved, which occurred through no fault of her own, and we are trying to resolve these issues to ensure that she is properly accounted for in all systems. I have enlisted additional aid in making these corrections and in seeing the most recent success from this past pay period, I am confident that they will resolve all issues within the next few pay periods. The remaining actions should process through all systems, by the end of next pay period (12/10/13). It is my hope that this will mark the end of all these corrections, and a successful resolution to the issues faced by Dr. Waliski with her retirement. We will be asking Dr. Waliski for some updated retirement paperwork in the coming few weeks, which will be the final step in this long process of corrections.

We realize this has been a frustrating time, but if you can bear with us for one more pay period, I think that you will be pleased to see that it will all be resolved.

Stephen Pettit
Supervisory Human Resources Specialist
Human Resources Management Service
Central Arkansas Veterans Healthcare System
Work:  501-257-1431
Pager: 1339
Fax:    501-257-1774

**How was your HR service today?** Please take a few moments to complete the **HR Customer Service Quick Card** at this link: http://feedback.htm.va.gov/HRQuickCard/feHRQuickCard.aspx

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail, and destroy the original message and all copies.

**From:** Cassandra Harper [mailto:cassandra@jwstanleylaw.com]
**Sent:** Wednesday, December 11, 2013 8:51 AM
**To:** Pettit, Stephen G; Thomas.McNabb@mail.house.gov
**Subject:** Angie Waliski GS Level and TSP

Dear Mr. Pettit,

As you know, I am representing Angie Waliski concerning her employment with the Central Arkansas Veterans Hospital and with correction of errors made in her retirement benefits.  Dr. Waliski continues to be shown she is not eligible for retirement benefits.  It would seem like to me that a check with OPM would indicate whether she is or she is not! I understood there were to be corrections made to her pay status.  Has this been accomplished?  Angie has been waiting, patiently, for quite some time, and still has not been informed whether or not she is eligible to participate in the OPM retirement program or not, and what funds have been taken from her pay check to go to OPM.  There was an indication after her fellowship appointment, her pay concerns were to be resolved and that she has been appointed to GS 13 Step 2 and this would generate retroactive payments to Dr. Waliski with this step increase.  Is this correct?  I hope it is and that this will resolve the employment concerns.  However, if it does not, please let me know what else is needed to be accomplished to get this pay matter settled.  It has been frustrating for Dr. Waliski to deal with Finance and Accounting Services for some length of time and to have never been able to get her pay records straightened out.  Anything Human Resource can do to get this corrected, we would greatly appreciate it!

cc: Tom McNabb
c/o Congressman Tim Griffin



TSP Not Eligible                                                          Main | Exit

Our records indicate that you are not eligible for TSP.

If you have questions, contact your servicing personnel office.

**Select Main for other options. Select Exit if you are finished.**