# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANGIE WALISKI, Ph.D.                                                        PLAINTIFF

v.                                     No. 4:14-cv-293-DPM

DEPARTMENT OF VETERANS AFFAIRS,
Secretary                                                                        DEFENDANT

## ORDER

1. The Department of Veterans Affairs shall provide non-binding best-estimates by 26 February 2015.

2. The Department of Veterans Affairs must complete the formal audit with the Defense Finance and Accounting Services by 20 May 2015.

3. Status conference, if need be, set for 28 May 2015 at 1:30 p.m. in Little Rock Courtroom #B-155.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 February 2015