IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGIE WALISKI, Ph.D.                                          PLAINTIFF

v.                          No. 4:14-cv-293-DPM

DEPARTMENT OF VETERANS AFFAIRS,
Secretary                                                     DEFENDANT

## JUDGMENT

Waliski's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

29 June 2015